# EXHIBIT "3"

## Life Claim Detail

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc |
|------|-------|------|-----|--------|---------------|-------|------|----------------|

Add Life Claim Event   Add Life Waiver   Add Note   Check   Contact Info   Correspond   Doc List   Life Account Info   Note   Populate Waiver Data   SPELL Letters   Tasks

**Employee**

First Name ROSE    MI G

Last Name KAVANAUGH

SSN XXX-XX-7701    DOB ████ 1951

**Customer**

Name    NIAGARA FALLS MEMORIAL MEDICAL    ID 08 . 054498

Sub Name    NIAGARA FALLS MEMORIAL MEDICAL    Sub Code MCOO

Loc Name    NIAGARA FALLS MEMORIAL MEDICAL    Loc Code 00000000

* Life Claim Number 12608576    Symbol SA    Numeral 01    Life Claim Sub MCOO    Life Claim Loc 00000000    Prev Claim # 0

**Claimant**

* Last Name KAVANAUGH    * First Name ROSE    MI G    * Relationship to Employee Employee ▾

* DOB ████ 1951    * Gender Female ▾    Marital Status ▾

Address Line 1 ████████ .

Address Line 2

Address Line 3

City NIAGARA FALLS    State NY    Zip Code 14305-0000

Country UNITED STATES OF AMERICA    * State of Residence NY

**Dependent**

FT Student Age 0    Disabled Child ☐

**Life Claim Events**

| Event Number | Event Type | Event Reason | Event Status | Analyst Name |
|--------------|------------|--------------|--------------|--------------|
| 1 | Death | Sickness | Denied | SUNDERLIN, ABBY |

**Life Waivers**

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---------------|-------------|---------------|--------------------|--------------------|------------|-----------------------|--------------|

**Note Report**

| Report | Clear | Print | Help |
|--------|-------|-------|------|

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info
Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt
Tasks

---

Claim

*Claim/Event/Leave Number 12608576          Accommodation Number [        ]

Note type: [                    ]

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**01/19/2023 11:14 AM - LIFE Note 34**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : RETURN TO FIELD
Text: [01/19/2023 - AVERILL, REBECCA]THE APPEAL REFERRAL HAS BEEN REJECTED AS APPEAL RIGHTS WERE
EXHAUSTED ON 8/22/22

**01/19/2023 10:08 AM - LIFE Note 33**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : NEW APPEAL REFERRAL
Text: [01/19/2023 - SUNDERLIN, ABBY]SENT NEW REFERRAL FOR APPEAL

**01/19/2023 10:01 AM - LIFE Note 32**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : REQ FOR APPEAL
Text: [01/19/2023 - SUNDERLIN, ABBY]1/17 - RECD REQUEST FOR APPEAL

**10/07/2022 3:15 PM - CLAIM Note 3**
Claim/Event/Leave: 12608576
NoteSubject : LTR to ER
Other Subject :
Text: [10/07/2022 - DIMAGGIO, JENNIFER]EMAILED LETTER TO T. MCKEEVER AND PROVIDED CONTACT FOR LIFE CLAIM
MANAGER FOR NFMMC FOR ANY FURTHER QUESTIONS REGARDING CLAIM

**10/07/2022 2:47 PM - PHONE Note 9**
Claim/Event/Leave: 12608576
NoteSubject : Called ER
Other Subject :
Text: [10/07/2022 - DIMAGGIO, JENNIFER]CRS R/C TO TIM M. TO DISCUSS CLAIM AT 716-278-4048 - NUMBER WAS TO A FAX.
CALLED NUMBER NOTED BY UNITY CONNECTION 716-278-4084. HR REP CONFIRMED CANNOT FIND WHEN/IF CONVERSION
PAPERWORK OR NOTIFICATION TO LFG WAS SENT REGARDING THIS CLAIM AS MOST OF TEAM HAS BEEN SWITCHED
OVER SINCE I STARTED. NEED TO TALK TO THE ONE PERSON WHO WAS STILL HERE TO SEE IF SHE KNOWS. CRS NOTED
IF ER WANTS THIS CLAIM PAID LFG WOULD NEED TO RECEIVE CONFIRMATION IN WRITING. ER ASKEDHOW REVERSING
DETERMINATION WOULD EFFECT NFMMC. ADVISED YOU WOULD NEED TO SPEAK TO LIFE CLAIMS MANAGER OR ASM OF
ACCOUNT, CRS WILL LOCATE BEST CONTACT AND PROVIDE. TM REQUESTED INFORMATION BE EMAILED TO
TIM.MCKEEVER@NFMMC.ORG. CRS AGREED, C/E

**10/07/2022 2:34 PM - PHONE Note 8**
Claim/Event/Leave: 12608576
NoteSubject : ER Called
Other Subject :
Text: [10/07/2022 - DIMAGGIO, JENNIFER]TIM MCEVER CALLED, LVM ON 10/7/2022 AT 11:39 AM, ADVISED NEW VP OF HR AT
NIAGARA FALLS MEMORIAL AND NEED TO DISCUSS CLAIM[10/07/2022 - DIMAGGIO, JENNIFER]ADVISED NUMBER FOR R/C IS
716-278-4048

**09/26/2022 2:49 PM - PHONE Note 7**
Claim/Event/Leave: 12608576
NoteSubject : Called Other
Other Subject : ATTNY
Text: [09/26/2022 - DIMAGGIO, JENNIFER]CRS R/C TO ATTNY TO ADVISE NO INFORMATION HAS BEEN RECEIVED FROM ER,
ADVISED ER WOULD HAVE TO PROVIDE PROOF THAT CONVERSION PAPERWORK WAS NOT SENT WITHIN THE REQUIRED

TIMEFRAME IN ORDER TO GO BY THE WRITTEN NOTICE OFCONVERSION PRIVILEGE, ATTNY TO F/U WITH ER AND PROVIDE
LETTER OF REQUEST FOR REREVIEW TO CRS AND PROVIDE PROOF THAT CONVERSION PAPERWORK WAS NOT SENT, C/E

**09/26/2022 2:32 PM - PHONE Note 6**
Claim/Event/Leave: 12608576
NoteSubject : Other Called
Other Subject : ATTNY
Text: [09/26/2022 - DIMAGGIO, JENNIFER]ATTNY ANTHONY RESTAINO CALLED, LVM FOR R/C ON 9/26/2022 AT 2:18 PM, TO
CONFIRM IF ER PROVIDED PROOF OF PAPERWORK AND ATTNY ASKED WHAT SPECIFICALLY WAS NEEDED[09/26/2022 -
DIMAGGIO, JENNIFER]ATTNY LEFT PHONE NUMBER 716-235-5885 X 1

**08/23/2022 3:37 PM - PHONE Note 5**
Claim/Event/Leave: 12608576
NoteSubject : Called Other
Other Subject :
Text: [08/23/2022 - DIMAGGIO, JENNIFER]ATTNY R/C AT 3:03 PM, LVM FOR R/C. CRS R/C TO DISCUSS APPEAL. DISCUSSED
CONVERSION PROVISION, ADVISED SINCE EE DID NOT PASSED WITHIN 31 DAYS SHE WAS NOT ELIGIBLE FOR BENEFITS.
CONFIRMED IF PROOF OF CONVERSION PACKET SENT BEYOND REQUIRED TIMEFRAME, PER WRITTEN NOTICE
PROVISION, CRS WOULD LOOK AT INFORMATION AGAIN, ATTNY THANKED, C/E

**08/23/2022 2:59 PM - PHONE Note 4**
Claim/Event/Leave: 12608576
NoteSubject : Called Other
Other Subject : ATTNY
Text: [08/23/2022 - DIMAGGIO, JENNIFER]CRS R/C TO ATTNY TO DISCUSS APPEAL DETERMINATION, LVM FOR C/B, ADVISED
DID FAX ANOTHER COPY OF 8/22/2022 LETTER

**08/23/2022 2:54 PM - PHONE Note 3**
Claim/Event/Leave: 12608576
NoteSubject : Other Called
Other Subject : ATTNY
Text: [08/23/2022 - DIMAGGIO, JENNIFER]ATTNY CALLED, ANTHONY RESTAINO, TO ADVISE DENIAL LETTER RECEIVED
HOWEVER PART OF FAX WAS CUT OFF, ADVISED WOULD LIKE A R/C TO DISCUSS, PLEASE CALL 716-235-5885, LVM FOR C/B
ON 8/23/2022 AT 2:35 PM

**08/22/2022 12:52 PM - CLAIM Note 2**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [08/22/2022 - ARVENITIS, KERRY]69 YEAR OLD FEMALE, WITH A DATE OF DEATH OF 5/26/21. THE LIFE CLAIM WAS
DENIED AS NOT ELIGIBLE AS THE DECEDENT DID NOT CONVERT HER GROUP LIFE INSURANCE COVERAGE TO AN
INDIVIDUAL LIFE INSURANCE POLICY WITHIN 31 DAYS AFTER COVERAGE ENDED ON 4/16/21, BY 5/17/21. INFORMATION
REVIEWED ON APPEAL DID NOT ALTER THE PREVIOUS DETERMINATION. I AGREE WITH UPHOLD.

**08/16/2022 9:45 AM - LIFE Note 31**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : REC UH
Text: [08/16/2022 - DIMAGGIO, JENNIFER]CLAIM WAS INITIALLY DENIED AS EE EXCEEDED LOA AND DID NOT CONVERT
BENEFITS. ON REVIEW OF APPEAL, IT WAS DETERMINED EE WAS NOT ELIGIBLE FOR WOP AS SHE WAS OVER THE AGE OF
60 AS OF HER LDW. IT WAS DETERMINED EE WOULDHAVE HAD BENEFIT COVERAGE FOR UP TO 12 MONTHS FROM HER
LDW OF 4/15/2020, UNTIL 4/16/2021 BASED ON THE LOA DUE TO DISABILITY PROVISION. EE HAD 31 DAYS TO CONVERT
COVERAGE, TO 5/16/2021, HOWEVER CRS CONFIRMED EE DID NOT CONVERT GROUP LIFE POLICY TO INDIVIDUAL POLICY
WITHIN THE ALLOWABLE TIMEFRAME. EE PASSED AWAY ON 5/26/2021 WHICH WAS OUTSIDE OF 31 DAYS ALLOWED FOR
CONVERSION THUS WAS NOT ELIGIBLE FOR BENEFITS. GIVEN THE INFORMATION RECEIVED AND REVIEWED ON APPEAL
DID NOT ALTER THE PRIOR DETERMINATION TO DENY BENEFITS, RECOMMEND CLAIM UH ON APPEAL. NOTIFICATION TO
ATTNY UPON MGR REC

**08/01/2022 12:23 PM - LIFE Note 30**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [08/01/2022 - DIMAGGIO, JENNIFER]FI, ERISA. LIFE CLAIM DENIED CONTRACTUAL -LETTER DATED 5/26/2022. 60 DAY
APPEAL TIMELINE. APPEAL DUE 7/25/2022. APPEAL LETTER DATED 7/28/2022 AND RECEIVED 7/28/2022 ***ACTION PLAN:
PENDING COMPLETE REVIEW BY ARC.

**07/29/2022 7:16 AM - LIFE Note 29**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [07/29/2022 - AVERILL, REBECCA]RECVD APPEAL FROM RESTAINO & REDDIEN. ASSINGED CLAIM TO JEN DIMAGGIO,
ASSIGNMENT W/O TOLLING LETTER SENT, NO TOLLING OR EXTENSION

**07/13/2022 2:03 PM - LIFE Note 28**

Claim/Event/Leave: 12608576
NoteSubject : LTR to Atty
Other Subject : REQ FOR APPEAL EXT
Text: [07/13/2022 - AVERILL, REBECCA]RECVD EMAIL FROM ATTORNEY RESTAINO REQUESTING AN EXTENSION UNTIL 8/1/22
TO FILE THE APPEAL. EXTENSION HAS BEEN APPROVED AND LETTER HAS BEEN FAXES TO THE ATTORNEY

**07/13/2022 12:58 PM - LIFE Note 27**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : FILE COPY
Text: [07/13/2022 - PILAR, SARAH]FILE COPY RESENT TO ATTY ARESTAINO@RESTAINOREDDIEN.COM VIA ONEDRIVE.

**07/13/2022 12:55 PM - PHONE Note 2**
Claim/Event/Leave: 12608576
NoteSubject : Other Called
Other Subject : ATTNY ANTHONY
Text: [07/13/2022 - AVERILL, REBECCA]ATTORNEY CALLED TO CONFIRM IF THE CLAIM FILE WILL BE FORTHCOMING AS HE
HASN'T RECVD THE ONEDRVIE LINK YET AND HE DOES NOT HAVE IT IN HIS SPAM/JUNK FOLDER. I APOLOGIZED AND
ADVISE I WILL HAVE IT RESENT. THE EMAIL WAS SENT PREVIOUSLY ON 6/17/22 . CALL ENDED

**06/17/2022 11:08 AM - LIFE Note 26**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/17/2022 - PILAR, SARAH]COMPLETE COPY OF CLAIM FILE WITH POLICY SENT TO ATTY
ARESTAINO@RESTAINOREDDIEN.COM VIA ONEDRIVE SECURE.

**06/16/2022 2:37 PM - CLAIM Note 1**
Claim/Event/Leave: 12608576
NoteSubject : LTR to Atty
Other Subject : AMENDED LETTER
Text: [06/16/2022 - AVERILL, REBECCA]1ST LETTER TO ATTORNEY REFERENCED 180 DAYS TO APPEAL WHICH IS FOR AN
ERISA DISABILITY CLAIM. SENT AN UPDATED LETTER TO REFLECT THE CORRECT APPEAL PERIOD OF 60 DAYS. APPEAL
DEADLINE IS 7/23/22

**06/16/2022 1:44 PM - LIFE Note 25**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE
Text: [06/16/2022 - AVERILL, REBECCA]DEPENDENT DEATH BENEFIT DENIED. LETTER SENT 5/24/22 - 60 DAY APPEAL
TIMEFRAME - DEADLINE 7/23/22. INTENT TO APPEAL AND REQ FOR CLAIM FILE RECVD ON 6/15/22. WILL SEND THE INTENT
TO APPEAL ACK LETTER AND THE CLAIM FILE TO THE ATTORNEY.

**06/16/2022 1:12 PM - LIFE Note 24**
Claim/Event/Leave: 12608576
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [06/16/2022 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**06/16/2022 11:56 AM - LIFE Note 23**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : SENT TO APPEALS
Text: [06/16/2022 - SUNDERLIN, ABBY]APPEALS REFERRAL EMAILED TO: APPEALASSOCIATES@LFG.COM - ARU FORM WAS
SUMMITTED - TASK SET

**06/16/2022 11:40 AM - LIFE Note 22**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : NOTICE OF APPEAL
Text: [06/16/2022 - SUNDERLIN, ABBY]6/15 - RECD LETTER FROM ATTY ANTHONY RESTAINO REQUEST FOR CLAIM FILE AND
NOTICE OF APPEAL. WILL SEND TO APPEALS UNIT TO PROCEED WITH REVIEW

**06/15/2022 4:06 PM - LIFE Note 21**
Claim/Event/Leave: 12608576
NoteSubject : Phone Call
Other Subject : ATTY RESTAINO
Text: [06/15/2022 - SUNDERLIN, ABBY]TCF ANTHONY RESTAINO 7162355885 - ADVISED THAT HE NEEDS A COPY OF THE
GROUP POLICY TO REVIEW AND INFORMED THAT THERE WILL MOST LIKELY BE AN APPEAL. I SAID THAT WE WILL NEED
THE REQUEST IN WRITING AND PROVIDED LIFECLAIMDOCS@LFG.COM EMAIL ADDRESS. HE WILL SEND A REQUEST FOR
THE POLICY AND POSSIBLY ADDITIONAL CLAIM DOCS THAT ARE NEEDED FOR HIM TO FULLY REVIEW. I ADVISED THAT HE
HAS 60 DAYS FROM DATE OF DENIAL TO SUBMIT AN APPEAL AND EXPLAINED THAT HIS APPEAL MUST BE INWRITING AND
HE'LL NEED TO INCLUDE ANY ADDITIONAL INFO THAT HE WANTS REVIEWED BY APPEALS DEPT. INFORMED THAT APPEAL
WILL BE REVIEWED BY APPEALS DEPARTMENT AND THEN NOTIFIED OF DECISION. THANKED AND SAID I WILL BE ON THE
LOOKOUT FOR HIS EMAIL REQUESTING ADDITIONAL INFO. C/E

LOOKOUT FOR HIS EMAIL REQUESTING ADDITIONAL INFO. C/E

**05/26/2022 11:54 AM - LIFE Note 20**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : RESENT DENIAL TO ATY
Text: [05/26/2022 - SUNDERLIN, ABBY]RE-SENT DENIAL LR TO ATY - LR WAS EMAILED THROUGH CORRESPONDENCE

**05/26/2022 11:48 AM - LIFE Note 19**
Claim/Event/Leave: 12608576
NoteSubject : Phone Call
Other Subject : ATTY
Text: [05/26/2022 - BELANGER, NATHAN]REC'D CALL FROM ATTY. ADVISED OF DENIAL. HE REQUESTED DENIAL BE EMAILED TO HIM

**05/24/2022 11:00 AM - LIFE Note 18**
Claim/Event/Leave: 12608576
NoteSubject : Denied
Other Subject : DENIAL LR TO ATTY
Text: [05/24/2022 - SUNDERLIN, ABBY]EMAILED DENIAL LETTER TO ATTY - CLAIM WAS DENIED AS EE EXCEED LOA[05/24/2022 - SUNDERLIN, ABBY]DENIAL LETTER WAS SENT THROUGH CORRESPONDENCE

**04/13/2022 11:56 AM - LIFE Note 17**
Claim/Event/Leave: 12608576
NoteSubject : Phone Call
Other Subject : ATTY RESTAINO
Text: [04/13/2022 - SUNDERLIN, ABBY]TCF ATTY ANTHONY RESTAINO 716-235-5885 - DISCUSSED CLAIM DETAILS AND INFORMED THAT EE EXCEEDED LOA AND DIED OUTSIDE OF 31 DAY CONVERSION PERIOD, THEREFORE NO LONGER COVERED UNDER GROUP LIFE AND CLAIM WILL BE DENIED. ATTYASKED ABOUT REFUND OF PREMIUM AND LCE DIRECTED ATTY TO FURTHER DISCUSS PREMIUM W/ ER. ATTY ASKED WHO IS RESPONSIBLE FOR NOTIFYING INSURED OF CONVERSION AND LCE EXPLAINED THE NOTICE WOULD COME FROM OUR CONVERSIONS DEPARTMENT OR IT IS THE RESPONSIBILITY OF THE ER. ATTY ASKED ABOUT WHETHER THERE WAS A LTD CLAIM THAT WAS OFFERED TO INSURED, AND LCE STATED THAT I AM UNABLE TO CONFIRM THAT INFO AND REFERRED HIM TO THE ER. ATTY THANKED FOR INFORMATION. LCE SAID DENIAL LETTER WILL BE WRITTEN AND SENT TO HIM AND WILL INCLUDE INSTRUCTIONS ON HOW TO APPEAL. THANKED C/E

**04/13/2022 11:25 AM - LIFE Note 16**
Claim/Event/Leave: 12608576
NoteSubject : Phone Call
Other Subject : ATTY RESTAINO
Text: [04/13/2022 - SUNDERLIN, ABBY]PLACED CALL TO ATTY. ATHONY RESTAINO 7162355885 - LVM ADVISING RECD AUTH FOR RICHARD KAVANAUGH AND WANTED TO FURTHER DISCUSS DETAILS OF CLAIM. ADVSIED JUST RECD BD NAMING RICHARD, YESTERDAY 4/12, THEREFORE NOW ABLE TO COMPLETE REVIEW AND PROCEED WITH DECISION. ****LCE DID NOT INFORM THAT CLAIM WILL BE DENIED*** PROVIDED DL AND CONTACT INFO FOR CB TO FURTHER DISCUSS

**04/13/2022 11:07 AM - LIFE Note 15**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : AUTH FROM ATTY
Text: [04/13/2022 - SUNDERLIN, ABBY]4/11 - RECD AUTHORIZATION SHOWING THAT RICHARD KAVANAUGH IS BEING REPRESENTED BY ATTY ANTHONY RESTAINO AND PERMISSION TO WORK W/ ATTY GOING FORWARD

**04/12/2022 4:14 PM - LIFE Note 14**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : BD
Text: [04/12/2022 - SUNDERLIN, ABBY]ER EMAILED BD NAMING SPOUSE, RICHARD AS PRIMARY, CONTINGENT LISTED

**04/12/2022 11:00 AM - LIFE Note 13**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : FU EMAIL TO ER
Text: [04/12/2022 - SUNDERLIN, ABBY]FU EMAIL SENT TO ER - NEED BD

**04/12/2022 10:59 AM - LIFE Note 12**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [04/12/2022 - SUNDERLIN, ABBY]EMAIL FROM ER STATING THAT SHE SENT INFO TO ATTY - DID NOT CONFIRM AGREES WITH DENIAL AND DID NOT SUBMIT BD

**04/11/2022 1:41 PM - PHONE Note 1**
Claim/Event/Leave: 12608576
NoteSubject : Other Called
Other Subject : ANTHONY - ATTY

Text: [04/11/2022 - HALE, ROBERT]RCVD A CALL FROM ATTORNEY ANTHONY (716) 235-5885. HE WAS CALLING TO ADVISE THAT HE HAS BEEN RETAINED BY THE EE'S ESTATE AS THEIR ATTY. HE WANTED TO DISCUSS CLAIM,.... . ADVISED THAT BEFORE WE CAN PROVIDE INFO, WE WOULD NEED A LETTER OF REP FROM FAMILY / ESTATE ON FILE. HE U/S. PROVIDED HIM W/ FAX #. HE WILL FAX TODAY AND F/U LATER THIS WEEK

**03/30/2022 2:51 PM - LIFE Note 11**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : FU TO ER - DENIAL
Text: [03/30/2022 - SUNDERLIN, ABBY]FU EMAIL SENT TO ER TO PLEASE CONFIRM IN AGREEMENT WITH DECISION TO DENY CLAIM. LCE REQUESTED COPY OF BD BE SUBMITTED

**03/25/2022 1:31 PM - LIFE Note 10**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : EMAIL TO ER - DENIAL
Text: [03/25/2022 - SUNDERLIN, ABBY]EMAIL SENT TO ER STATING THAT EE LOA EXPIRED AND EE DIED OUTSIDE OF 31 DAY CONVERSION PERIOD. EE WAS NO LONGER ELIGIBLE FOR WOP. NOTIFIED ER OF DENIAL AND REQ TO PLEASE CONFIRM IN AGREEMENT. REQ ER FOR BD

**03/25/2022 9:32 AM - LIFE Note 9**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : NOT ELIGIBLE FOR WOP
Text: [03/25/2022 - SUNDERLIN, ABBY]PER THE GROUP POLICY: WAIVER OF PREMIUM FOR TOTAL DISABILITY FORM GLP-WOP-1.3 WAIVER OF PREMIUM IF A COVERED EMPLOYEE BECOMES TOTALLY DISABLED WHILE INSURED UNDER THIS POLICY HE MAY BE ELIGIBLE FOR CONTINUED LIFE INSURANCE COVERAGE WITHOUT PREMIUM PAYMENT, PROVIDED THAT: 1. HE BECOMES TOTALLY DISABLED WHILE INSURED UNDER THIS POLICY AND BEFORE AGE 60; 2. WITHIN ONE YEAR FROM THE DATE HE IS NO LONGER IN ACTIVE EMPLOYMENT LIBERTY RECEIVES INITIAL PROOF THAT HISTOTAL DISABILITY HAS CONTINUED FOR 6 MONTHS; AND 3. DURING THE THREE MONTHS BEFORE EACH ANNIVERSARY OF RECEIPT OF INITIAL PROOF, LIBERTY RECEIVES PROOF OF CONTINUATION OF TOTAL DISABILITY. ***********EE WAS 68 Y/O ON LDW, THEREFORE WAS NOT ELIGIBLE FOR WAIVER*************************

**03/25/2022 8:04 AM - LIFE Note 8**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : HOLDING OFF ON PCM
Text: [03/25/2022 - SUNDERLIN, ABBY]HOLDING OFF ON PCM UNTIL ER SUBMITS BD

**03/25/2022 8:04 AM - LIFE Note 7**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : DEATH W/IN 31 DAYS
Text: [03/25/2022 - SUNDERLIN, ABBY]CONVERSION PRIVILEGE CONVERSION PRIVILEGE AT INDIVIDUAL TERMINATION OR REDUCTION OF BENEFITS IF ALL OR PART OF A COVERED EMPLOYEE'S COVERAGE ENDS, THE COVERED EMPLOYEE MAY CONVERT THE AMOUNT THAT ENDS TO AN INDIVIDUALLIFE INSURANCE POLICY WITHIN 31 DAYS AFTER COVERAGE ENDS OR IS REDUCED, OR LONGER AS EXTENDED BY THE NOTICE PROVISION. CONVERSION IS SUBJECT TO THE FOLLOWING CONDITIONS: 1. THE COVERED EMPLOYEE S INSURANCE CEASES BECAUSE OF TERMINATION OF EMPLOYMENT OR OF MEMBERSHIP IN A CLASS ELIGIBLE FOR COVERAGE UNDER THIS POLICY; 2. THE POLICY IS TERMINATED; 3. THE COVERED EMPLOYEE S INSURANCE IS REDUCED DUE TO A CHANGE IN CLASS OR AN AMENDMENT TO THE POLICY; 4. THE COVERED EMPLOYEE CHANGES TO A CLASS ELIGIBLE FOR A SMALLER AMOUNT OF LIFE INSURANCE; OR 5. THE COVERED EMPLOYEE S EMPLOYMENT IS TERMINATED.****DEATH WITHIN THE STATUTORY CONVERSION NOTICE PERIOD IF A COVERED EMPLOYEE DIES WITHIN THE STATUTORY CONVERSION NOTICE PERIOD, LIBERTY WILLPAY TO HIS BENEFICIARY THE AMOUNT HE WAS ELIGIBLE TO CONVERT. SUCH INSURANCE WILL BE PAID AS A CLAIM UNDER THIS POLICY. ANY PREMIUMS PAID FOR A CONVERTED POLICY WILL BE REFUNDED.[03/25/2022 - SUNDERLIN, ABBY] *****************EE WOULD HAVE BEEN COVERED UNDER LOA FROM 04/16/2020 THRU 04/16/2021. THE 31-DAY WINDOW AFTER COVERAGE TERMINATED CLOSED ON 05/16/2021. EE'S DOD WAS ON 05/26/2021, WHICH WAS OUTSIDE OF THE 31-DAY CONVERSION PERIOD, THEREFORE EE WAS NO LONGER ELIGIBLE FOR COVERAGE***********************************

**03/25/2022 7:49 AM - LIFE Note 6**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : LDW / LOA DISABILITY
Text: [03/25/2022 - SUNDERLIN, ABBY]EES LDW WAS 04/16/2020 AND DOD WAS 05/26/2021. EE WAS OUT ON APPROVED STAT CLAIM FROM 4/16/2020 THRU 10/22/2020.**PER THE GROUP POLICY: LEAVE OF ABSENCE DUE TO DISABILITY THE SPONSOR MAY CONTINUE THE COVERED EMPLOYEE'SCOVERAGE(S) BY PAYING THE REQUIRED PREMIUMS, IF THE COVERED EMPLOYEE IS GRANTED AN APPROVED LEAVE OF ABSENCE DUE TO A DISABILITY. THE COVERED EMPLOYEE'S COVERAGE(S) WILL NOT CONTINUE BEYOND A PERIOD OF 12 MONTHS. IN CONTINUING SUCH COVERAGE(S) UNDER THIS PROVISION, THE SPONSOR AGREES TO TREAT ALL COVERED EMPLOYEES EQUALLY. *** EES LDW WAS 4/16/2020 AND DOD WAS 05/26/2021. 12 MONTHS EXPIRED AT THE END OF THE APRIL 2021. THE 31-DAY CONVERSION PERIOD WAS FROM 04/30/2021 THRU 05/31/2021. EE DIEDON05/26/2021, THEREFORE SHE WOULD HAVE BEEN COVERED UNDER THE 31 DAY CONVERSION PERIOD. ****NEED AE AS OF LDW FROM ER TO CONFIRM AOI AND NEED TO CONFIRM EE WAS CONSIDERED ON AN APPROVED LOA FROM ER. REASONABLE TO ASSUME PREMIUM WAS CURRENT AS IT ISNON-CONTRIB*****
[03/25/2022 - SUNDERLIN, ABBY]***************************NOTE THE CORRECTION TO THE INFO PROVIDED

ABOVE*********************** EE WOULD HAVE BEEN COVERED UNDER LOA FOR 12 MONTHS FROM LDW ON 04/16/2020 THROUGH 04/16/2021. POLICY LANGUAGE DOES NOT STATE THAT THE COVERAGE IS THROUGH THE END OF THE MONTH. EE WOULD HAVE BEEN COVERED FOR ONLY 31 DAYS AFTER 12 MONTHS EXPIRED, OR THROUGH 05/16/2021. EES DOD ON 05/26/2021, WAS OUTSIDE OF THE 31 DAY CONVERSION PERIOD, THEREFORE EE WAS NO LONGER ELIGIBLE. - EMAIL WILL BE SENT TO THE ER

**03/25/2022 7:47 AM - LIFE Note 5**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : STAT CLAIM 10087784
Text: [03/25/2022 - SUNDERLIN, ABBY]PER LFG RECORDS, EE WAS OUT ON APPROVED STAT CLAIM SHOWING LDW WAS 4/16/2020 AND APPROVED THRU 10/22/2020. WILL CONFIRM IF ER APPROVED LOA FROM 10/22/2020 THRU DOD ON 5/26/2021 [03/25/2022 - SUNDERLIN, ABBY]*******************CORRECTION*****EES DOD IS OUTSIDE OF 31 DAY CONVERSION PERIOD - EXCEEDED LOA AND DEATH WAS OUTSIDE 31 DAYS****

**03/25/2022 7:46 AM - LIFE Note 4**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : AOI ADJUDICATION
Text: [03/25/2022 - SUNDERLIN, ABBY]TYPE: EE BASIC*** PROD EFF. DATE: 05/01/2015 GROUP TERMED EFF 06/01/2021*** EAP: YES*** SITUS STATE: NY*** DOH: 12/12/1972*** LDW: 04/16/2020*** DOD: 05/26/2021*** ELIGIBILITY MET: *** CLASS 1: ALL FULL-TIMEAND REGULAR PART-TIME EMPLOYEES*** NON-CONTRIB BASIC*** AOI: EMPLOYEE BASIC LIFE INSURANCE: AN AMOUNT EQUAL TO 1 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOT EXCEED $250,000.00. THE MINIMUM AMOUNT IS $15,000.00. ER REPORTING $78K IN EE BASIC. AE $77,671, RU $78K IN BASIC. NEED AE AS OF LDW TO CONFIRM AOI***REDUCTIONS: N/A TO EES AGE. REDUCS START AT 70 AND EE WAS 69 ON DOD*** EOI: N/A TO BASIC*** BENEFICIARY: NEED BD FROM ER. POD LISTS SPOUSE, RICHARD KAVANAUGH, PHONE NUMBER NOT LISTED. WILL CONFIRM W/ BD FROM ER

**03/17/2022 1:42 PM - LIFE Note 3**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : 7 DAY F/U
Text: [03/17/2022 - CONSTANTINO, ASHLEY]LBSP SENT?

**03/17/2022 1:41 PM - LIFE Note 2**
Claim/Event/Leave: 12608576
NoteSubject : Initial Entry
Other Subject :
Text: [03/17/2022 - CONSTANTINO, ASHLEY]RTMUS CHECKED- NO HITS. PRIOR STAT CLAIM

**03/17/2022 1:40 PM - LIFE Note 1**
Claim/Event/Leave: 12608576
NoteSubject : Other
Other Subject : CHANGED SUB-LOC
Text: ASHLEY CONSTANTINO CHANGED THE SUBSIDIARY AND LOCATION FOR THIS CLAIM ON 03/17/2022, FROM MCOO, 00000000, TO MCOO, 00000000.

# FAX COVER SHEET

| TO | Jennifer Dimaggio |
|---|---|
| COMPANY | Lincoln Financial Group |
| FAX NUMBER | 16033340401 |
| FROM | ChristenPierrot |
| DATE | 2023-01-17 18:56:34 GMT |
| RE | re: Richard and Rose Kavanaugh |

## COVER MESSAGE

Please see the attached.

PAGE 1/4 * RCVD AT 1/17/2023 1:57:00 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6033340401 * CSID:17168101786 * ANI:15034367151 * DURATION (mm-ss):03-47

Batch: 008157833, Audit Trail: 008157833 54, Printed by: dewth2, 1/18/2023 9:40 AM



**CHRISTEN ARCHER PIERROT, ESQ.**
ATTORNEY AT LAW

January 17, 2023

<u>*Sent Via Fax Only to +1 603 430 1601*</u>
Lincoln National Life Insurance Company
Disability and Claims Appeal
Attn: Jennifer Dimaggio
PO Box 2578
Omaha, NE 68172-9688

               **RE:**     **Deceased: Rose Kavanaugh**
                         **Policyholder: Niagara Falls Memorial Medical Center**
                         **Policy #: SA3-880-054498-01**
                         **Claim #: 12608576**

Dear Ms. Dimaggio:

     I am genuinely surprised by Lincoln's flagrant violation of both New York State law and the terms of the Plan.

     Please forward a complete copy of the claim file as it exists with respect to Mr. Kavanaugh's claim(s) for benefits, including any information considered or generated by Lincoln in evaluating his claim, whether or not Lincoln considers such information to be part of the formal claim file. For instance, if Lincoln utilized any handbooks, other policies or guidelines, or any outside research in determining Mr. Kavanaugh's claim or to the extent that Lincoln, or its agents, generated emails, correspondence, notes, reports, or other written, audio, or video documentation in the handling of Mr. Kavanaugh's claim, please provide a copy of such materials.

     A duly executed authorization is attached.

                          Very truly yours,

                          Christen Archer Pierrot, Esq.

cc:     Client
         Anthony L. Restaino, Esq.

| | |
|---|---|
| **MAIL & OFFICE:** | **3959 N. BUFFALO RD., SUITE #33, ORCHARD PARK, NEW YORK 14127** |
| **TELEPHONE:** | **+1 716 553 9899** |
| **FACSIMILE:** | **+1 716 810 1786** |
| **E-MAIL:** | **CAP@ARCHERPIERROT.COM** |
| **WEB:** | **WWW.ARCHERPIERROT.COM** |

**PAGE 2/4 * RCVD AT 1/17/2023 1:57:00 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6033340401 * CSID:17168101786 * ANI:15034367151 * DURATION (mm-ss):03-47**

Batch: 008157833, Audit Trail: 008157833 55, Printed by: dewth2, 1/18/2023 9:40 AM

# RELEASE / AUTHORIZATION

Client:                     RICHARD KAVANAUGH, As Beneficiary of Survivor Benefits
                                        & As Executor of the ESTATE OF ROSE G. KAVANAUGH

Soc. Sec. No. Decedent:          ███7701
Soc. Sec. No. Executor:          ███0904
Decedent Date of Birth:         ███1951
Executor/Beneficiary DOB:    ███1949
Institution:                Niagara Falls Memorial Medical Center

To Whom It May Concern:

      I, RICHARD KAVANAUGH, as BENEFICIARY of any survivor benefits owed as a result of insurance policies sponsored by Niagara Falls Memorial Medical Center, and as Executor of the ESTATE OF ROSE G. KAVANAUGH, residing at ███████████, Niagara Falls, New York 14305, hereby authorize the release of any and all employment benefit, insurance and medical information relating to ROSE G. KAVANAUGH held at the above-mentioned institution to my attorney, CHRISTEN ARCHER PIERROT, ESQ., 3959 N. Buffalo Road, Orchard Park, New York 14127. This information may include, but is not limited to: medical records and information, details regarding savings and checking accounts, account statements, copies of checks, personnel file, payroll records, certificates of deposit, IRAs, 401ks, 403(b)s, stocks, bonds, annuities, mutual funds, disability benefits, insurance policies, including beneficiary designations and the payment of premiums.

Very truly yours,

RICHARD KAVANAUGH,
Beneficiary of Survivor Benefits &
Executor, ESTATE OF ROSE G KAVANAUGH

STATE OF NEW YORK          )
COUNTY OF NIAGARA      ) ss.:

      On the 27th day of October in the year 2022, before me, the undersigned, personally appeared RICHARD KAVANAUGH, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signatures on the instrument, the individuals, or the persons upon behalf of which the individuals acted, executed the instrument.

                   Antonio L. Restaino
            Notary Public, State of New York
                    No. 02RE6222341
             Qualified in Niagara County                 Notary Public
        Commission Expires May 24, 2026

**PAGE 3/4 * RCVD AT 1/17/2023 1:57:00 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6033340401 * CSID:17168101786 * ANI:15034367151 * DURATION (mm-ss):03-47**

Batch: 008157833, Audit Trail: 008157833 56, Printed by: dewth2, 1/18/2023 9:40 AM

# RELEASE / AUTHORIZATION

| | |
|---|---|
| Client: | RICHARD KAVANAUGH, As Beneficiary of Survivor Benefits & As Executor of the ESTATE OF ROSE G. KAVANAUGH |
| Soc Sec. No. Decedent: | ████7701 |
| Soc. Sec. No. Executor: | ████0904 |
| Decedent Date of Birth: | ████1951 |
| Executor/Beneficiary DOB: | ████1949 |
| Institution: | Lincoln Financial Group |
| RE: | Claim # 12608576 and any additional benefit claims |

To Whom It May Concern:

I, RICHARD KAVANAUGH, as BENEFICIARY of any survivor benefits owed as a result of insurance policies sponsored by Niagara Falls Memorial Medical Center, and as Executor of the ESTATE OF ROSE G. KAVANAUGH, residing at ████████ Niagara Falls, New York 14305, hereby authorize the release of any and all employment benefit, insurance and medical information relating to ROSE G. KAVANAUGH held at the above-mentioned institution to my attorney, CHRISTEN ARCHER PIERROT, ESQ., 3959 N. Buffalo Road, Orchard Park, New York 14127. This information may include, but is not limited to: medical records and information, details regarding savings and checking accounts, account statements, copies of checks, personnel file, payroll records, certificates of deposit, IRAs, 401ks, 403(b)s, stocks, bonds, annuities, mutual funds, disability benefits, insurance policies, including beneficiary designations and the payment of premiums.

Very truly yours,

_RICHARD KAVANAUGH_
RICHARD KAVANAUGH,
Beneficiary of Survivor Benefits &
Executor, ESTATE OF ROSE G KAVANAUGH

STATE OF NEW YORK      )
COUNTY OF NIAGARA      ) ss.:

On the 27th day of October in the year 2022, before me, the undersigned, personally appeared RICHARD KAVANAUGH, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signatures on the instrument, the individuals, or the persons upon behalf of which the individuals acted, executed the instrument.

Antonio L. Restaino
Notary Public, State of New York
No. 02RE6222341
Qualified in Niagara County
Commission Expires May 24, 2026

_____
Notary Public

Batch: 008157833, Audit Trail: 008157833 57, Printed by: dewth2, 1/18/2023 9:40 AM

# FAX COVER SHEET

| | |
|---|---|
| TO | Jennifer Dimaggio |
| COMPANY | Lincoln National Life Insurance Company |
| FAX NUMBER | 16034301601 |
| FROM | Christen Pierrot |
| DATE | 2023-01-13 20:42:51 GMT |
| RE | re: Richard and Rose Kavanaugh |

## COVER MESSAGE

Please see the attached. Thank you.



## CHRISTEN ARCHER PIERROT, ESQ.
### ATTORNEY AT LAW

January 13, 2023

**_Sent Via Fax Only to +1 603 430 1601_**
Lincoln National Life Insurance Company
Disability and Claims Appeal
Attn: Jennifer Dimaggio
PO Box 2578
Omaha, NE 68172-9688

> **RE:**    **Deceased: Rose Kavanaugh**
> **Policyholder: Niagara Falls Memorial Medical Center**
> **Policy #: SA3-880-054498-01**
> **Claim #: 12608576**

Dear Ms. Dimaggio:

Please be advised that I have been retained to represent Mr. Richard Kavanaugh with respect to all equitable and legal claims that he has under ERISA, as beneficiary under the above-referenced life insurance policy, against Niagara Falls Memorial Medical Center ("NFMMC") and Lincoln Financial Group ("LFG") for benefits and/or damages due. It is my understanding that LFG has denied Mr. Kavanaugh's formal claim for benefits and, further, has upheld that denial on appeal.

We will be filing suit. However, I write to strongly encourage LFG to reconsider its position in order to avoid unnecessary litigation.

### Statutory Law

In 1940, §204 of the New York State Insurance Law applicable to group life insurance policies containing optional conversion privileges was amended to add a provision requiring statutory notice of the right of conversion following an event that would result in the loss of coverage. The amendment provided that:

> . . . such certificate-holder shall be notified of such privilege and its duration within fifteen days after the happening of the event, provided that if such notice be given more than fifteen days, but less than ninety days after the happening of such event, the time allowed for the exercise of such privilege of conversion shall be extended for fifteen days after the giving of such notice. If such notice be not given within ninety days after the happening of the event, the time allowed for the exercise of such conversion privilege shall expire at the end of such ninety days.

| | |
|---|---|
| **MAIL & OFFICE:** | 3959 N. BUFFALO RD., SUITE #33, ORCHARD PARK, NEW YORK 14127 |
| **TELEPHONE:** | +1 716 553 9899 |
| **FACSIMILE:** | +1 716 810 1786 |
| **E-MAIL:** | CAP@ARCHERPIERROT.COM |
| **WEB:** | WWW.ARCHERPIERROT.COM |

January 13, 2023
LFG
Page 2 of 4

In 1948, §161 of New York State Insurance Law was amended to make mandatory the inclusion of the standard provision granting the 31-day conversion privilege.

New York State Insurance Law has, as would be expected, evolved over the last 63 years. However, the right to proper and timely notice of conversion has remained a constant.

Currently, Insurance Law §§ 3220(a)(8) and 4216(d) set forth nearly identical language governing an insured's *statutory conversion notice period*, to wit:

> In the event a group life insurance policy hereafter issued for delivery in this state permits a certificate holder to convert to another type of life insurance within a specified time after the happening of an event, such certificate holder shall be notified of such privilege and its duration within fifteen days before or after the happening of the event, provided that if such notice be given more than fifteen days, but less than ninety days after the happening of such event, the time allowed for the exercise of such privilege of conversion shall be extended for forty-five days after the giving of such notice. ***If such notice be not given within ninety days after the happening of the event, the time allowed for the exercise of such conversion privilege shall expire at the end of such ninety days.*** Written notice by the policyholder given to the certificate holder or mailed to the certificate holder at his last known address, or written notice by the insurer mailed to the certificate holder at the last address furnished to the insurer by the policyholder, shall be deemed full compliance with the provisions of this subsection for the giving of notice.

N.Y. Ins. Law § 4216 (McKinney) [Emphasis added].

## Case Law

New York State law in this regard has been well settled since the 1960 decision issued by the Appellate Division, Fourth Department, in *De Ville v. Continental Assurance Company*, 199 N.Y.S.2d 876 (4th Dept. 1960), *aff'd,* 170 N.E.2d 457 (1960) ("*De Ville*").

*De Ville* was the first New York case to consider whether life insurance coverage continued for 31 days or 90 days where the insured received no notice of the statutory right to conversion and then died during the 90-day period.

The Court unanimously held that:

> . . . the Legislature . . . has mandated that upon termination of employment or membership in an eligible class the insured must be notified of the 31-day conversion privilege. If there is a failure to do so the period is extended to 90 days.

> The risk that the defendant took was foreseeable. The conversion privilege could have been limited to 31 days by the service upon the insured of the required notice of his conversion rights. The defendant failed to do so and thereby assumed the risk that if insured died during the 90-day period the amount of insurance to which he would be entitled under the conversion privilege would be payable as a claim under the policy.

January 13, 2023
LFG
Page 3 of 4

*De Ville*, at 881.

In 1961, the Appellate Division, First Department, in *Payne v. Equitable Life Assurance Society of the United States*, 220 N.Y.S.2d 493 (1st Dept. 1961), *aff'd*, 183 N.E.2d 763 (1962) ("*Payne*"), relying on *De Ville*, awarded benefits to the beneficiary of a decedent who died during the 90-day conversion period without having received notice of the right to convert. In doing so, the Court unanimously and explicitly rejected the insurer's arguments that the failure to give notice of the right to convert as required by New York State Insurance Law only operated to extend the right to convert but did not extend insurance coverage.

In 1968, the District Court for the Southern District of New York, in *Oakley v. National Western Life Insurance Company*, 294 F. Supp. 504 (S.D.N.Y. 1968), citing *Payne* and *De Ville*, succinctly explained that "[u]nder New York law . . . the absence of affirmative notification subsequent to the termination of employment conferred upon deceased the right to convert for 90 days after the termination of coverage, and death before the expiration of the 90 day period is deemed the exercise of the right of conversion." *Id.* at 506.

These kinds of cases have dwindled over the last couple of decades, no doubt because of the unequivocal posture of the law: If an insured does not receive statutory notice of his right to convert and he dies within 90-days from the date of the event which would trigger loss of coverage, his death is treated as an exercise of the conversion right and benefits are due.

## The Policy

The policy at issue provides that "[i]f a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy." Form GLP-LIF-1.9.

The policy goes on to provide, in relevant part, that "[i]f notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days." Form GLP-LIF-4.4.

Additionally, the policy states that the plan sponsor, NFMMC, will furnish to Liberty various employee information and other records, "which, in the opinion of Liberty, have a bearing on the insurance," but notes that any clerical error or omission from the plan sponsor "will not deprive an Employee of insurance."

Lastly, the policy provides that to the extent any provision of the policy is in conflict with New York statutes "the policy is hereby amended to conform to the minimum requirements of such statute."

## Conclusion

Without prejudice to any additional claims, or waiving any arguments that Rose Kavanaugh remained employed longer than April 16, 2020 as a result of using paid vacation time, we can assume – for purposes of this correspondence – that her employment ended, for policy purposes, as a result of disability on April 16, 2020. Under the policy, Ms. Kavanaugh was entitled to 12 additional months of coverage, provided that NFMMC paid the premiums; which it did. *Form GLP-ELG-4.*

January 13, 2023
LFG
Page 4 of 4

At the end of the 12-month period, Ms. Kavanaugh was entitled to receive, both statutorily and contractually, notice of the right to convert her insurance. No such notice was provided by NFMMC, which is not surprising considering it continued to pay her insurance premiums. Neither was notice provided by LFG (or its predecessor). It was incumbent upon NFMMC and/or LFG to provide proof that the written notice was properly and timely provided inasmuch as "[p]roof of that written notice shall be deemed full compliance with the provisions of New York State Insurance Law § 3220(a)(8)." It is not the insured's (or their beneficiary's) burden to provide this proof.

Despite not having proof that the written notice of the right to convert was properly and timely provided to Ms. Kavanaugh, LFG has denied Mr. Kavanaugh's claim, as beneficiary, on the basis that Ms. Kavanaugh's insurance only extended through 31-days, or May 17, 2021. This determination, however, could have only been sustained *if LFG had before it proof that written notice of the right to convert was given or mailed to Ms. Kavanaugh between April 1, 2021 (15 days before) or May 1, 2021 (15 days after), the date that her insurance coverage ended (April 16, 2021).*

Because no such proof exists within the claim file, LFG's denial of benefits on that basis is arbitrary and capricious, erroneous as a matter of law, and wholly indefensible.

Not that it matters under the law, but I feel compelled to say that I am honestly so perplexed by this decision that I cannot discern if the driving force behind it is deliberate indifference to the law or simply sheer negligence.

In any event, I urge your legal representative to contact me at their earliest convenience before any additional costs and fees are incurred in this matter.

Very truly yours,

Christen Archer Pierrot, Esq.

cc:     Client
        Anthony L. Restaino, Esq.
        NFMMC



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | January 17, 2023 |
| To: | CHRISTEN ARCHER PIERROT, ESQ<br>3959 N. BUFFALO ROAD<br>STE 33<br>ORCHARD PARK NY 14127 |
| Attn: | |
| Fax: | (716) 810-1786 |
| From: | Jennifer DiMaggio<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | |
| Claim #: | 12608576 |
| Claimant: | Rose Kavanaugh |
| | Niagara Falls Memorial Medical |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 17, 2023

Christen Archer Pierrot, Esq
3959 N. BUFFALO ROAD
STE 33
ORCHARD PARK, NY 14127

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

To Whom It May Concern:

In response to your January 13, 2023 letter, please be advised as was explained in our appeal uphold
letter dated August 22, 2022, Lincoln conducted a full and fair review of this claim and appeal and
determined that the denial of benefits would be maintained.

No further review will be conducted by Lincoln and this claim remains closed.

Should you require further information, please submit a formal letter of representation and
appropriate authorization.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, October 7, 2022 3:12:28 PM |
| To: | TIM.MCKEEVER@NFMMC.ORG; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Niagara Falls Memorial Medical Claim No. 12608576 Rose Kavanaugh |
| Attachments: | nf09lfxri5qiiylp9iit_13726204.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 7, 2022

Tim McKeever
Niagara Falls Memorial Medical Center

RE:    Deceased: Rose Kavanaugh
       Policyholder: Niagara Falls Memorial Medical
       Policy #: SA3-880-054498-01
       Claim #: 12608576

Dear Tim McKeever:

After our conversation this afternoon regarding this claim I spoke to my manager in the Claim
Resolution Services department and she recommended you reach out to the manager of the Life
Claims department as our determination has been rendered and any alterations to the determination
would have to go through the Life Claims department.

The manager for NFMMC Life Claims is Shanon Marie Wright and she can be reached at
888-787-2129 ext. 16541.  Her email address is shanonmarie.wright@lfg.com.

Any further questions regarding an exception to the denial decision can be directed to Ms. Wright.

If you have any questions regarding this matter, please contact me.


Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| Date:  August 23, 2022 | |
| To:  ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 | |
| Attn: | |
| Fax:  (716) 235-5886 | |
| From:  Jennifer Dimaggio<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 | |
| Total Pages<br>(Including Cover):     10 | |
| RE:<br><br>Claim #:     12608576<br>Claimant:   Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 23, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

Please see the attached copy of the letter sent to you on August 23, 2022.  I will call shortly to
discuss the determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1888

Attachments:   12608576-DENY-FREEFORM-08.22.2022



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 497-7601
Secure Fax No.: (603) 472-1888

| | |
|---|---|
| Date: | August 22, 2022 |
| To: | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REIDMAN<br>6928 WILLIAMS ROAD<br>SUITE 4A<br>NIAGARA FALLS NY 14304 |
| Attn: | |
| Fax: | (716) 235-5886 |
| From: | Jennifer Dimaggio<br>Claim Resolution Specialist<br>Phone No.: (888) 497-7601<br>Secure Fax No.: (603) 472-1888 |
| Total Pages:<br>(Including Cover): | 3 |
| RE: | |
| Claim #: | 12608576<br>Claimant: Rose Cavanaugh<br><br>Niagara Falls Memorial Medical |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 497-7601 and permanently shred this original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-0088
Phone No.: (888) 487-7011
Secure Fax No.: (603) 427-3088

August 22, 2022

Anthony Restaino, Esq.
Restaino & Restaino
6923 WILLIAMS ROAD
SUITE 44
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Cavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 1260057766

Dear Anthony Restaino, Esq.:

We have completed our appeal review of the above-referenced claim for Group Life benefits under Group Life Insurance Policy No. SA3-880-054498-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") to Niagara Falls Memorial Medical Center. We have determined that the denial of benefits will be maintained.

### Initial Claim Decision

Group life insurance benefits were denied on the basis that Rose Cavanaugh was not a covered employee under the Policy at the time of her death.

The basis for the decision was outlined in a letter dated May 26, 2022. The estate of Rose Cavanaugh was provided an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why the claim should not have been denied and submitting additional information to support the claim.

### Appeal

We received your appeal request dated July 28, 2022. In your letter you indicated you requested the following information on or about June 15, 2022 (in summary):  Copy of the Life Claim Policy, copies of any and all correspondence between Lincoln and Mrs. Cavanaugh or her representatives, copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln, copies of a payment ledger for premiums paid by the employer on Mrs. Cavanaugh's behalf.

You indicated you only received a copy of the Life Policy and did not receive the remaining items requested. Please note, we emailed a copy of the Life Policy and the complete administrative file to

ABESTAINO@BESTAINO&EDDENUCONW on June 17, 2022 per your request.

Please be advised, any information regarding premiums paid by the employer on Mrs. Kavanaugh's behalf would have to be obtained from the Sponsor, Niagara Falls Memorial Medical Center. In addition, any correspondence between Mrs. Kavanaugh and Niagara Falls Memorial Medical Center would have to be obtained from Niagara Falls Memorial Medical Center.

You provided a timeline of events pertinent to Mrs. Kavanaugh's claim and you outlined Policy language as it related to the Policy's Conversion Privilege provision. You indicated Mrs. Kavanaugh, nor her husband, received written notice regarding the Conversion Privilege which you opined would have extended the Conversion Privilege deadline to a date that would have supported she was in fact eligible for benefits.

In support of Mrs. Kavanaugh's appeal you submitted the following information:

- Pay Summaries – Rollup Totals for Rose Kavanaugh, printed on July 27, 2022

*Appeal Evaluation*

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to the claim. According to the information on file, Rose Kavanaugh last worked for Niagara Falls Memorial Medical Center on April 16, 2020. We received a Proof of Death Form from Niagara Falls Memorial Medical Center on March 17, 2022 that indicated Mrs. Kavanaugh's date of death was May 26, 2021.

The Policy allows for the Sponsor to continue a Covered Employee's coverage for up to twelve month by paying the required premium if the Covered Employee is granted an approved leave of absence due to disability. Under this provision, Mrs. Kavanaugh would have had continued coverage until April 16, 2021 (twelve months after she last worked). Mrs. Kavanaugh was over the age of sixty as of her date last worked, so she was not eligible for continued coverage under the Waiver of Premium for Total Disability provision.

Under the Policy, if all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual life insurance policy by making written application and paying the first premium payment within thirty-one days after the coverage ends or is reduced. Mrs. Kavanaugh would have had thirty-one days from April 16, 2021 to May 16, 2021 to convert her group life coverage to an individual life policy. If it had been confirmed that Mrs. Kavanaugh did not convert her Group Life Insurance to an Individual Life Insurance Policy, nor did she die within the thirty-one days allowed for conversion.

We acknowledge your argument that Mrs. Kavanaugh did not receive notification to continue/convert her life insurance coverage, however, as outlined above, under the terms of the Policy, Mrs. Kavanaugh would only have continued coverage until April 16, 2021. In an effort to afford Mrs. Kavanaugh every consideration, we reached out to Niagara Falls Memorial Medical Center on August 2, 2022 and August 9, 2022 to confirm if and when the written notice of conversion privilege was mailed to Mrs. Kavanaugh. To date, we have not received a response. It is the obligation of the plan sponsor, Niagara Falls Memorial Medical Center, to provide timely and

accurate information necessary for Lincoln to provide conversion and portability notification services. Any further questions about this matter may be directed to Niagara Falls Memorial Medical Center.

## Conclusion

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we maintain that the group life benefit is not payable as Ross Kavanaugh was not covered under the Policy at the time of her death.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

## The Policy

Niagara Falls Memorial Medical Center's Group Life Policy No. SA3-480-054498-01 states, in part:

"*Covered Employee*" means a person in Active Employment insured under this policy.

"*Sponsor*" means the entity to whom this policy is issued.

"*Active Employment*" means the Employee must be actively at work for the Sponsor:

1. on a full-time or part-time basis and paid regular earnings;
2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

    a. at the Sponsor's usual place of business; or
    b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disability condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disability condition).

## Leave of Absence Due to Disability
The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;
2. the date the Covered Employee is no longer in an eligible class;
3. the date the Covered Employee's class is no longer included for insurance;
4. the date employment (status as an active Employee) or eligibility ends, for any reason; or
5. the date the Covered Employee ceases to be in Active Employment due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy, he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1. he becomes Totally Disabled while insured under this policy and before age 60;
2. within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3. during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

The individual policy will be issued without Evidence of Insurability. It will contain Life Insurance benefits only, in any one of the forms customarily issued by Liberty, at the option of the Covered Employee, preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. In the event termination of coverage due to total and permanent disability, the Covered Employee may convert to any of the forms customarily issued by Liberty, including permanent term insurance optionally preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. The premium due will be based on the premium schedule that applies to the Covered Employee's class of risk to which he belongs and the form and amount of the policy at his then attained age. The individual policy will be effective on the date the Covered Employee's group

coverage ends under this policy.

**Written Notice of Conversion Privilege**

When a Covered Employee is eligible to convert his life insurance, as described on the previous page, the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the date the Covered Employee is eligible to exercise the conversion privilege.

If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after the giving of such notice.

If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days.

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln, and to submit any additional information you wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained. At this time, the administrative right to review has been exhausted and no further review will be conducted by Lincoln.

You may request to receive, free of charge, copies of all documents relevant to Rose Kavanaugh's claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Niagara Falls Memorial Medical Center's Group Life Policy contains the below provision:

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:
1. until 60 days after Proof of claim has been given; or
2. more than two years after the time Proof of claim is required.

Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.

If Mrs. Kavanaugh's plan is subject to ERISA, she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact her local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of Mrs. Kavanaugh's claim have been completed, she has the right to bring a civil action under applicable law. Mrs. Kavanaugh's employer's plan has a contractual limitations period of two years, which means that a lawsuit must be brought within two years after the date written proof of claim was required.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above-captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in Niagara Falls Memorial Medical Center's Group Life Policy. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.

Should you wish to take this matter up with the New York Department of Financial Services, you may file with the department either on its website at http://www.dfs.ny.gov/consumer/filecomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York Department of Financial Services, One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 535 Washington Street, Suite 305, Buffalo, NY 14203; 1399 Franklin Avenue, Suite 203, Garden City, NY 11530; 28 Hill Street, Room 210, Oneonta, NY 13820; or 333 East Washington Street, Syracuse, NY 13202

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要语言翻译，请联系我们以开始提供免费协助服务来帮助了解您的索赔和上诉权利。

Si usted tiene preguntas o dudas en relación al reclamo y apelación y desea un individuo que le asista con información relacionada con el reclamo o las apelaciones le podrá ofrecer servicio gratuito. Para obtener tal ayuda con el entendimiento de su reclamo.

Si necesita traducción, contáctenos para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan kayo ng tulong sa translation, mangyaring makipag-ugnayan sa aming pangsumunod sa tulong na libreng serbisyo para matulungan kayong maunawaan ang iyong mga karapatan sa paghahabol at pag-apela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Claim Resolution Specialist

Phone No.: (888) 457-7611 Ext. 59238
Secure Fax No.: (405) 427-1888



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| Date: | August 22, 2022 |
| To: | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 |
| Attn: | |
| Fax: | (716) 235-5886 |
| From: | Jennifer Dimaggio<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1888 |
| Total Pages<br>(Including Cover): | 8 |
| RE: | |
| | Claim #:   12608576<br>Claimant:   Rose Kavanaugh<br><br>Niagara Falls Memorial Medical |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1888

August 22, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:    Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

We have completed our appeal review of the above-referenced claim for Group Life benefits under Group Life Insurance Policy No. SA3-880-054498-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") to Niagara Falls Memorial Medical Center. We have determined that the denial of benefits will be maintained.

### _Initial Claim Decision_

Group life insurance benefits were denied on the basis that Rose Kavanaugh was not a covered employee under the Policy at the time of her death.

The basis for the decision was outlined in a letter dated May 26, 2022. The estate of Rose Kavanaugh was provided an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why the claim should not have been denied and submitting additional information to support the claim.

### _Appeal_

We received your appeal request dated July 28, 2022. In your letter you indicated you requested the following information on or about June 15, 2022 (in summary): Copy of the Life claim Policy, copies of any and all correspondence between Lincoln and Mrs. Kavanaugh or her representatives, copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln, copies of a payment ledger for premiums paid by the employer on Mrs. Kavanaugh's behalf.

You indicated you only received a copy of the Life Policy and did not receive the remaining items requested. Please note, we emailed a copy of the Life Policy and the complete administrative file to

ARESTAINO@RESTAINOREDDIEN.COM on June 17, 2022 per your request.

Please be advised, any information regarding premiums paid by the employer on Mrs. Kavanaugh's behalf would have to be obtained from the Sponsor, Niagara Falls Memorial Medical Center.  In addition, any correspondence between Mrs. Kavanaugh and Niagara Falls Memorial Medical Center would have to be obtained from Niagara Falls Memorial Medical Center.

You provided a timeline of events pertinent to Mrs. Kavanaugh's claim and you outlined Policy language as it related to the Policy's Conversion Privilege provision.  You indicated Mrs. Kavanaugh, nor her husband, received written notice regarding the Conversion Privilege which you opined would have extended the Conversion Privilege deadline to a date that would have supported she was in fact eligible for benefits.

In support of Mrs. Kavanaugh's appeal you submitted the following information:

- Pay Summaries – Rollup Totals for Rose Kavanaugh, printed on July 27, 2022\

***Appeal Evaluation***

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to this claim.  According to the information on file, Rose Kavanaugh last worked for Niagara Falls Memorial Medical Center on April 16, 2020.  We received a Proof of Death Form from Niagara Falls Memorial Medical Center on March 17, 2022 that indicated Mrs. Kavanaugh's date of death was May 26, 2021.

The Policy allows for the Sponsor to continue a Covered Employee's coverage for up to twelve months by paying the required premiums if the Covered Employee is granted an approved leave of absence due to disability.  Under this provision, Mrs. Kavanaugh would have had continued coverage until April 16, 2021 (twelve months after she last worked).  Mrs. Kavanaugh was over the age of sixty as of her date last worked, so she was not eligible for continued coverage under the Waiver of Premium for Total Disability provision.

Under the Policy, if all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy by making written application and paying the first premium payment within thirty one days after the coverage ends or is reduced.  Mrs. Kavanaugh would have had thirty one days from April 16, 2021 to May 16, 2021 to convert her group life coverage to an individual life policy.  It had been confirmed that Mrs. Kavanaugh did not convert her Group Life Insurance to an Individual Life Insurance Policy, nor did she die within the thirty one days allowed for conversion.

We acknowledge your argument that Mrs. Kavanaugh did not receive notification to continue/convert her life insurance coverage, however, as outlined above, under the terms of the Policy, Mrs. Kavanaugh would only have continued coverage until April 16, 2021.  In an effort to afford Mrs. Kavanaugh's every consideration, we reached out to Niagara Falls Memorial Medical Center on August 2, 2022 and August 9, 2022 to confirm if and when the written notice of conversion privilege was mailed to Mrs. Kavanaugh.  To date, we have not received a response.  It is the obligation of the plan sponsor, Niagara Falls Memorial Medical Center, to provide timely and

accurate information necessary for Lincoln to provide conversion and portability notification services.  Any further questions about this matter may be directed to Niagara Falls Memorial Medical Center.

## *Conclusion*

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we maintain that the group life benefit is not payable as Rose Kavanaugh was not covered under the Policy at the time of her death.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

## *The Policy*

Niagara Falls Memorial Medical Center's Group Life Policy No. SA3-880-054498-01 states, in part:

*"**Covered Employee**" means a person in Active Employment insured under this policy.*

*"**Sponsor**" means the entity to whom this policy is issued.*

*"**Active Employment**" means the Employee must be actively at work for the Sponsor:*

*1. on a full-time or part-time basis and paid regular earnings;*
*2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:*

> *a. at the Sponsor's usual place of business; or*
> *b. at a location to which the Sponsor's business requires the Employee to travel.*

*An Employee will be considered actively at work if he was actually at work on the day immediately preceding:*

*1. a weekend (except where one or both of these days are scheduled work days);*
*2. holidays (except when the holiday is a scheduled work day);*
*3. paid vacations;*
*4. any non-scheduled work day;*
*5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and*
*6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).*

**Leave of Absence Due to Disability**
*The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.*

*The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.*

***Termination of a Covered Person's Insurance***
*A Covered Person will cease to be insured on the earliest of the following dates:*

*1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;*
*2. the date the Covered Employee is no longer in an eligible class;*
*3. the date the Covered Employee's class is no longer included for insurance;*
*4. the date employment (status as an active Employee) or eligibility ends for any reason; or*
*5. the date the Covered Employee ceases to be in Active Employment due to a labor dispute, including any strike, work slowdown, or lockout.*

*Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.*

### WAIVER OF PREMIUM FOR TOTAL DISABILITY
*If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:*

*1. he becomes Totally Disabled while insured under this policy and before age 60;*
*2. within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and*
*3. during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.*

***Conversion Privilege at Individual Termination or Reduction of Benefits***
*If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:*

*1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;*
*2. the policy is terminated;*
*3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;*
*4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or*
*5. the Covered Employee's employment is terminated.*

*The individual policy will be issued without Evidence of Insurability. It will contain Life Insurance benefits only, in any one of the forms customarily issued by Liberty, at the option of the Covered Employee, preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. In the event termination of coverage due to total and permanent disability, the Covered Employee may convert to any of the forms customarily issued by Liberty, including permanent term insurance optionally preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. The premium due will be based on the premium schedule that applies to the Covered Employee's class of risk to which he belongs and to the form and amount of the policy at his then attained age. The individual policy will be effective on the date the Covered Employee's group*

*coverage ends under this policy.*

**Written Notice of Conversion Privilege**
*When a Covered Employee is eligible to convert his life insurance, as described on the previous page, the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the date the Covered Employee is eligible to exercise the conversion privilege.*

*If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after the giving of such notice.*
*If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days.*

**Death Within the Statutory Conversion Notice Period**
*If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln, and to submit any additional information you wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained. At this time, the administrative right to review has been exhausted and no further review will be conducted by Lincoln.

You may request to receive, free of charge, copies of all documents relevant to Rose Kavanaugh's claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Niagara Falls Memorial Medical Center's Group Life Policy contains the below provision:

**Legal Proceedings**
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than two years after the time Proof of claim is required.*

*Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.*

If Mrs. Kavanaugh's plan is subject to ERISA, she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact her local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of Mrs. Kavanaugh's claim have been completed, she has the right to bring a civil action under applicable law. Mrs. Kavanaugh's employer's plan has a contractual limitations period of two years, which means that a lawsuit must be brought within two years after the date written proof of claim was required.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in Niagara Falls Memorial Medical Center's Group Life Policy. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

Should you wish to take this matter up with the New York Department of Financial Services, you may file with the department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York Department of Financial Services, One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 535 Washington Street, Suite 305, Buffalo, NY 14203; 1399 Franklin Avenue, Suite 203, Garden City, NY 11530; 28 Hill Street, Room 210, Oneonta, NY 13820; or 333 East Washington Street, Syracuse, NY 13202

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookągah nííní'ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Claim Resolution Specialist

Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1888

**From:**Crinklaw, Curt
**Sent:**Thu, 4 Aug 2022 13:33:11 +0000
**To:**Dimaggio, Jennifer
**Subject:**RE: Life claim question 12608576

Thanks for providing. There is no match under that name for anything. This member did not elect any port/conversion options.

Hope this helps and good luck.

**From:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Sent:** Wednesday, August 3, 2022 2:24 PM
**To:** Omaha Conversions <conversions@lfg.com>
**Subject:** RE: Life claim question 12608576

Thank you for the information, her name is Rose Kavanaugh.

Thanks!

**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Omaha Conversions <conversions@lfg.com>
**Sent:** Wednesday, August 3, 2022 3:15 PM
**To:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Subject:** RE: Life claim question 12608576

Thanks for your email. This group Niagara Falls Memorial Medical, 80-054498 does not participate in the P&C term packet service and is contractually responsible for providing P&C notification to their employees. I don't have line of sight to S1 claims so I don't have any info to provide. What's the claimant's name?

**From:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Sent:** Wednesday, August 3, 2022 12:39 PM
**To:** Omaha Conversions <conversions@lfg.com>
**Subject:** Life claim question 12608576

Good Afternoon,

I am processing a Life appeal for a Niagara Falls Memorial Medical (prior to termination) employee on the SystemOne side. Do you happen to know if the employer is responsible for sending the conversion paperwork to the employee or if they ask Lincoln to send it? Do you happen to have any information regarding the above referenced claim?

Thank you,



**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

603-427-1866 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Dimaggio, Jennifer
**Sent:**Tue, 9 Aug 2022 16:27:50 +0000
**To:**Renee.DeLuke@nfmmc.org
**Subject:**FW: Group Life Claim - Rose Kavanaugh, Claim 12608576 (secure)

Good Afternoon Renee,

I am following up on the below email one more time prior to upholding our determination to deny benefits.  Do you happen to know if and when the conversion paperwork was sent to the employee?

Thank you,

**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.****

**From:** Dimaggio, Jennifer
**Sent:** Tuesday, August 2, 2022 10:09 AM
**To:** Renee.DeLuke@nfmmc.org; lynnette.james@nfmmc.org
**Subject:** Group Life Claim - Rose Kavanaugh, Claim 12608576 (secure)

Good Morning,

I am processing the appeal of Rose Kavanaugh's Life claim and the Policy contains the below provision:

*Written Notice of Conversion Privilege*
*When a Covered Employee is eligible to convert his life insurance, as described on the previous page, the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last*
*known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the*
*date the Covered Employee is eligible to exercise the conversion privilege.*

*If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after*
*the giving of such notice.*

*If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days.*

Can you please confirm if the Notice of Conversion was sent to Ms. Kavanaugh and if so, on what date?

Thank you,



**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

603-427-1866 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Dimaggio, Jennifer
**Sent:**Tue, 2 Aug 2022 11:00:11 +0000
**To:**Duvall, Elaine
**Subject:**RE: Niagara Falls Memorial Medical

Good Morning Elaine,

Thank you for confirming.  The employee passed away in May 2021 so I will follow-up with the employer.

Thank you,

**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Duvall, Elaine <Elaine.Duvall@lfg.com>
**Sent:** Monday, August 1, 2022 3:34 PM
**To:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Subject:** RE: Niagara Falls Memorial Medical

This customer has been termed with Lincoln since 6/1/2021.  When was the employee's termination date?  The employer was responsible for sending the conversion paperwork.  But I am wondering if maybe this should be with their new carrier and not with Lincoln?

**Elaine S. DuVall**
Senior Account Service Manager

531-375-4093 Office
412-807-1468 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Sent:** Monday, August 1, 2022 2:12 PM
**To:** Duvall, Elaine <Elaine.Duvall@lfg.com>
**Subject:** FW: Niagara Falls Memorial Medical

Good Afternoon,

I need to confirm who sends the conversion notices for this Life customer in my review of one of their appeals.  Is this something you will be able to assist with?

Thank you,

**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Wright, Shanon Marie <ShanonMarie.Wright@lfg.com>
**Sent:** Monday, August 1, 2022 1:04 PM
**To:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Subject:** RE: Niagara Falls Memorial Medical

Hi Jennifer,

You would need to confirm it with the ASM for the client. I'm not sure if the client sends a file feed to the conversions team or if it's a manual process. The ASM would be able to advise you.

Thanks,

**Shanon Marie Wright**
Manager
GP Life

603.200.6737 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Sent:** Monday, August 1, 2022 12:32 PM
**To:** Wright, Shanon Marie <ShanonMarie.Wright@lfg.com>
**Subject:** Niagara Falls Memorial Medical

Good Morning Shanon,

I am reviewing a LIFE appeal and I need to confirm who is responsible for sending the conversion paperwork for the above referenced group. Do you happen to know? I need to confirm if and when it was sent but I am not sure who to follow-up with.

Thank you,



**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

603-427-1866 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Dimaggio, Jennifer
**Sent:**Tue, 2 Aug 2022 14:08:36 +0000
**To:**Renee.DeLuke@nfmmc.org;lynnette.james@nfmmc.org
**Subject:**Group Life Claim - Rose Kavanaugh, Claim 12608576 (secure)

Good Morning,

I am processing the appeal of Rose Kavanaugh's Life claim and the Policy contains the below provision:

***Written Notice of Conversion Privilege***
*When a Covered Employee is eligible to convert his life insurance, as described on the previous page, the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last*
*known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the*
*date the Covered Employee is eligible to exercise the conversion privilege.*

*If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after*
*the giving of such notice.*

*If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days.*

Can you please confirm if the Notice of Conversion was sent to Ms. Kavanaugh and if so, on what date?

Thank you,



**Jennifer Dimaggio**
Claim Resolution Specialist

888-437-7611 x59238 Office

603-427-1866 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| **Date:** August 1, 2022 | |
| **To:** | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 |
| **Attn:** | |
| **Fax:** | (716) 235-5886 |
| **From:** | Jennifer Dimaggio<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1866 |
| **Total Pages**<br>**(Including Cover):** 3 | |
| **RE:** | |
| **Claim #:** 12608576<br>**Claimant:** Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

August 1, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:   Deceased: Rose Kavanaugh
      Policyholder: Niagara Falls Memorial Medical
      Policy #: SA3-880-054498-01
      Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for group life insurance benefits under Niagara Falls Memorial Medical's Group Life Insurance Policy (the Policy). We are writing in reference to the above-referenced claim for group life insurance benefits under the Policy.

We received your request for review of the recent claim determination of the above-referenced claim on July 28, 2022.

We understand this is all of the information you intend to submit for our consideration of the appeal. Consequently, the file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 59238 during the hours of 7am to 3:30 pm EST.

In accordance with the Employee Retirement Income Security Act (ERISA), under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 120 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer Dimaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 427-1866



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date:  July 29, 2022 | |
| To:  ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 | |
| Attn: | |
| Fax:  (716) 235-5886 | |
| From:  Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    12608576<br>Claimant:   Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 29, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln National Life Insurance Company is responsible for managing Group Life
Coverage claims under Niagara Falls Memorial Medical Center's Group Life Policy.

We received your request for review of the recent claim determination on July 28, 2022, along
with supplemental documentation, on behalf of the Estate of Rose G. Kavanaugh.

We understand that you do not intend to send further information to be reviewed as part of the
appeal.

Consequently, the file is being forwarded to Lincoln's Appeal Review Unit for a full, and fair
review. The claim will be assigned to an Appeal Consultant who will contact you when they have
completed their review of the appeal. If you have any questions regarding the status of the appeal
prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at
1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act (ERISA), under normal
circumstances, you will be notified in writing of a final decision within 60 days from the date your
request for review was received, excluding any days in which we are waiting for you to submit
documentation. We will contact you if there are special circumstances requiring a delay in
Lincoln' response, and you will be notified of our decision no later than 120 days after the request
for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| **From:** | Anthony Restaino |
| **To:** | LifeClaimDocs |
| **Subject:** | Claim #: 12608576 - Rose G. Kavanaugh |
| **Date:** | Thursday, July 28, 2022 2:11:07 PM |
| **Attachments:** | 7-28-22 - Appeal to Lincoln Financial.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Averill,

Attached to this email, please find our Appeal submission relative to the denial of Claim # 12608576. In addition to this email, I have also faxed said document to the fax numbers you have provided to me.

I would kindly request that you advise how long it will take for the Appeal to be reviewed and a decision made.

Also, I would request that you or another representative acknowledge receipt of our Appeal. A simple email confirming receipt will suffice.

Should you wish to discuss this matter, please do not hesitate to contact my office.

Thank you

Anthony Restaino

--



Anthony L. Restaino, Esq.
Restaino Reddien, LLP
6928 Williams Road, Suite 4
Niagara Falls, NY 14304
T: (716) 235-5885
F: (716) 235-5886
arestaino@restainoreddien.com
www.restainoreddien.com

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.

Notice: This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (716) 235-5885 and delete this e-mail message from your computer. Thank you.

# RESTAINO R REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

July 28, 2022

S̲ENT V̲IA F̲ACSIMILE T̲O 603-427-1888 & 603-430-1601
& S̲ENT V̲IA E̲LECTRONIC M̲AIL T̲O: LIFECLAIMDOCS@LFG.COM

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Becky Averill, Appeal Associate

RE:     Estate of Rose G. Kavanaugh
        Claim #: 12608576
        Policy #: SA3-880-054498-01

## APPEAL: DENIAL OF CLAIM #: 12608576

Dear Ms. Averill,

Please accept this correspondence and attachment as our request for an appeal of the denial of the above referenced claim.

On or about June 15, 2022, I sent Ms. Sunderlin a request for the following documents so that we could submit our appeal to the initial denial of this claim:

- Copy of the contract for the Life Claim policy at issue;

- Copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, including but not limited to notices regarding Conversion Privileges relative to this policy;

- Copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln Financial relative to this claim.  This request includes, but is not limited to, documents related to her work status from April 1, 2020 through June 1, 2021 and the initial claim paperwork that was submitted for the present claim and the date that this claim was received by Lincoln Financial; and

- Copies of a payment ledger for premiums paid by the employer on Mrs. Kavanugh's behalf for this policy from April 1, 2020 through June 30, 2021

In said letter I also asked her the following: "***If you do not have any of the above requested information, please indicate which items you do not possess and provide me with the name, phone***

July 28, 2022
Appeal - Claim #12608576
Page 2 of 4

*number and mailing address of the individual(s) within Lincoln Financial who may have said documents.*" (emphasis added).

On or about July 11, 2022, I inquired with Ms. Sunderlin via email as to when I would receive a response to the documents requested.  After speaking with you on July 13, 2022, a secured email was forwarded to me that same day.

Attached to that email was a copy of the policy contract, which I will reference in this Appeal.  This responds to the first item referenced above that I requested on June 15, 2022.

In response to my request dated June 15, 2022, I did not receive copies of any correspondence between Lincoln Financial and Mrs. Kavanaugh, or her representative, regarding this Life Claim Policy, ***nor did I receive copies of any correspondence from Lincoln to Mrs. Kavanaugh or the Sponsor (NFMMC) regarding the Conversion Privileges under this policy*** (emphasis added).  Finally, the response from Lincoln Financial did not indicate that there were other individuals who possessed this information or documentation.

### ARGUMENT:  DEATH WITHIN THE STATUTORY CONVERSION NOTICE PERIOD

In the denial of claim letter issued by Ms. Sunderlin on May 26, 2022, she states that Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision "would have ceased on April 16, 2021."  The denial then provides the text of the policy regarding "Conversion Privilege at Individual Termination or Reduction of Benefits" which references a 31-day conversion period.  In sum, the denial letter states as follows:

- April 16, 2020 – Mrs. Kavanaugh's last date worked
- April 16, 2021 – 12 months since last date worked, resulting in the end of Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision.
- May 17, 2021 – Expiration of the 31-day Conversion Period under the policy
- May 26, 2021 – Mrs. Kavanaugh's date of death

However, the timeline laid out in the denial of claim letter makes no mention of the "Written Notice of Conversion Privilege" provision in Section Four of the Policy contract.

The Conversion Privilege provision in Section Four of the Policy contract at issue provides as follows:

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, ***or  longer as extended by the notice provision***. . . (emphasis added).

As such, the 31-day conversion window relied upon in the denial of this claim is not a fixed period of time.  As indicated in the italicized and bolded language of this provision, the time in which to convert is subject to the Written Notice of Conversion Privilege provision.  As such, the time frame to convert can be longer than 31 days as it may be extended by the failure of the Sponsor or Liberty to provide proper notice under the written notice provision, which states the following:

July 28, 2022
Appeal - Claim #12608576
Page 3 of 4

**Written Notice of Conversion Privilege**

When a Covered Employee is eligible to convert his life insurance, as described on the previous page, *the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the date the Covered Employee is eligible to exercise the conversion privilege* (emphasis added).

If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after the giving of such notice.

***If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days*** (emphasis added).

Pursuant to this language within the Policy, the Sponsor (NFMMC) and Liberty and/or Lincoln Financial (as administrator), were required to provide Mrs. Kavanaugh with notice of this conversion privilege within 15 days of April 16, 2021 (expiration of coverage under the "Leave of Absence Due to Disability" provision). Mrs. Kavanaugh, or her husband with whom she resided, never received any written notice regarding the Conversion Privilege from Liberty, Lincoln or the Sponsor at any point at all. With respect to the Sponsor, as evidenced by the ADP payroll ledger from NFMMC attached hereto as Exhibit A, Mrs. Kavanaugh was not terminated in the Niagara Falls Memorial Medical Center system until after her date of passing. As such, she never received written notice from the Sponsor of her Conversion Privilege under this policy. Furthermore, as illustrated in the documents received from Lincoln, the Claim Application submitted by the Sponsor (NFMMC) to Lincoln illustrates that the Sponsor paid the premium on this policy on June 1, 2021, which is after Mrs. Kavanaugh's date of death.

As referenced above, on June 15, 2022, I requested that Lincoln Financial provide me with "copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, ***including but not limited to notices regarding Conversion Privileges relative to this policy.*** I received no such correspondence in response to this request.

Since Mrs. Kavanaugh did not receive the requisite notice within 90 days of April 16, 2021, Mrs. Kavanugh's time to convert would extend to at least July 15, 2021 (90 days after April 16, 2021) and arguably until October 13, 2021 (90 days after July 15, 2021).

Section Four of the Policy clearly provides that if a covered employee dies within the conversion period, then the policy will be paid out:

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee *dies within the statutory conversion notice period*, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded. (emphasis added).

July 28, 2022
Appeal - Claim #12608576
Page 4 of 4

Mrs. Kavanaugh passed away on May 26, 2021.  Given the fact that she never received the requisite Written Notice of Conversion Privilege under this policy, her conversion period would not have been 31-days from April 16, 2021, it would have been at least 90 days from April 16, 2021.  Seeing that she passed away she passed away well before July 15, 2021 (90 days from April 16, 2021), the denial of this claim is improper and should be reversed.

As it seems clear that the denial should be reversed based on the plain language cited from the Policy's "Written Notice of Conversion Privilege" provision, I will not address by way of this correspondence any arguments relative to "Active Employment" and Mrs. Kavanaugh's last date worked being after April 16, 2020; evidenced by the ADP payroll log from the Sponsor attached hereto as Exhibit A.  As illustrated in said document, as a thirty (30) year employee, Mrs. Kavanaugh accumulated a substantial amount of PTO and Extended Sick Pay time, which was regularly being paid to her from June 2020 through November 2020.  Although those arguments are not being fully articulated at this time, we do hereby reserve the right to raise said arguments should this matter proceed to civil litigation.

Should you wish to discuss any portion of our appeal, or any other matters related to this claim, please do not hesitate to contact my office.   Thank you for your time and consideration of this matter.


Very truly yours,

Anthony Restaino, Esq.

Enc(s). – Exhibit A

# EXHIBIT A

# EXHIBIT A

## Pay Summaries - Rollup Totals

**Name** Kavanaugh, Rose G

| | Year & Week | Pay Date | Period End Date | Gross | Net | Check / Voucher # | Co / File # |
|---|---|---|---|---|---|---|---|
| | 2021 - 51 - 1 | 12/23/2021 | 12/18/2021 | $0.00 | $0.00 | 00000000 | H0K/100513 |
| | 2021 - 24 - 2 | 06/16/2021 | 05/22/2021 | $-2,641.99 | $-2,117.23 | 45790891 | H0K/100513 |
| | 2021 - 24 - 2 | 06/16/2021 | 06/15/2021 | $0.00 | $0.79 | 00000000 | H0K/100513 |
| | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $2,641.99 | $2,117.23 | 45790891 | H0K/100513 |
| | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $0.00 | $-0.79 | 00000000 | H0K/100513 |
| | 2020 - 52 - 1 | 12/24/2020 | 12/19/2020 | $0.00 | $0.00 | 00000000 | H0K/100513 |
| | 2020 - 48 - 1 | 11/25/2020 | 11/21/2020 | $1,056.72 | $930.77 | 45439349 | H0K/100513 |
| | 2020 - 46 - 2 | 11/12/2020 | 11/07/2020 | $2,641.99 | $2,117.21 | 45410523 | H0K/100513 |
| | 2020 - 44 - 1 | 10/29/2020 | 10/24/2020 | $2,641.99 | $2,117.23 | 45380453 | H0K/100513 |
| | 2020 - 42 - 1 | 10/15/2020 | 10/10/2020 | $2,641.99 | $2,117.21 | 45352224 | H0K/100513 |
| | 2020 - 40 - 2 | 10/01/2020 | 09/26/2020 | $2,641.99 | $2,117.23 | 45321757 | H0K/100513 |
| | 2020 - 38 - 1 | 09/17/2020 | 09/12/2020 | $2,627.26 | $2,106.31 | 45292367 | H0K/100513 |
| | 2020 - 36 - 1 | 09/03/2020 | 08/29/2020 | $2,641.99 | $2,117.22 | 45261398 | H0K/100513 |
| | 2020 - 35 - 2 | 08/26/2020 | 08/26/2020 | $2,987.33 | $2,373.21 | 45252603 | H0K/100513 |
| | 2020 - 24 - 1 | 06/08/2020 | 06/08/2020 | $0.00 | $0.00 | 00240203 | H0K/100513 |
| | 2020 - 22 - 1 | 05/28/2020 | 05/23/2020 | $2,641.99 | $2,117.22 | 45059692 | H0K/100513 |
| | 2020 - 20 - 1 | 05/14/2020 | 05/09/2020 | $2,641.99 | $2,117.22 | 45039775 | H0K/100513 |
| | 2020 - 18 - 1 | 04/30/2020 | 04/25/2020 | $2,961.68 | $2,353.75 | 45016629 | H0K/100513 |
| | 2020 - 16 - 1 | 04/16/2020 | 04/11/2020 | $2,987.32 | $2,372.72 | 44994904 | H0K/100513 |
| | 2020 - 14 - 1 | 04/02/2020 | 03/28/2020 | $2,987.33 | $2,372.71 | 44971118 | H0K/100513 |
| | 2020 - 12 - 1 | 03/19/2020 | 03/14/2020 | $3,162.33 | $2,502.21 | 44937642 | H0K/100513 |
| | 2020 - 10 - 1 | 03/05/2020 | 02/29/2020 | $3,610.43 | $2,833.51 | 44895063 | H0K/100513 |
| | 2020 - 08 - 1 | 02/20/2020 | 02/15/2020 | $2,987.33 | $2,372.72 | 44857148 | H0K/100513 |
| | 2020 - 06 - 1 | 02/06/2020 | 02/01/2020 | $2,987.33 | $2,372.72 | 44818700 | H0K/100513 |
| | 2020 - 04 - 1 | 01/23/2020 | 01/18/2020 | $2,991.82 | $2,376.04 | 44776873 | H0K/100513 |

7/27/22, 3:41 PM                                        ADP Workforce Now - Pay Profile

| 🔳 | 2020 - 02 - 1 | 01/09/2020 | 01/04/2020 | $2,928.75 | $2,329.45 | 44734149 | H0K/100513 |

### Earnings Summary

#### Gross Pay $52,769.56

| Regular | | Hours: 585.00 | $23,254.30 |
| 3SHIFTDIF (field 3) | | | $13.50 |
| OT (field 3) | | Hours: 7.50 | $448.10 |
| PREMIUM (field 3) | | | $350.00 |
| P.T.O. (field 3) | | Hours: 400.88 | $15,955.74 |
| SICKDBL (field 3) | | Hours: 320.05 | $12,747.92 |

Total Hours Worked: 585.0

#### Taxes $10,643.91

| Federal Income Tax | | | $3,882.14 |
| Social Security | | | $3,290.76 |
| Medicare | | | $769.61 |
| State Worked In: New York | Code: NY | | $2,536.12 |
| SUI/SDI: New York (Taxing) | Code: 19 | | $22.80 |
| Family Leave Insurance | | | $142.48 |

#### Deductions $9.00

| D9 - CAREFUNDD9 | | | $9.00 |

#### Take Home $42,116.65

### Other Details

#### Memos

| Hlth Plan Value | | | 8,085.17 |
| Max Elig/comp | | | 55,756.89 |
| Group Term Life | | | 307.28 |
| Pension Non Un | | | 1,323.39 |
| Max Elig/comp | | | 55,756.89 |
| Max Elig/comp | | | 55,756.89 |

# FAX COVER SHEET

**To:** Becky Averill, Appeal Associate      **From:** Anthony Restaino, Esq.

**Company:** Lincoln Financial Group      **Date:** July 28, 2022 14:03

**Fax Number:** 16034271888      **Pages (Including cover):** 8

**Re:** Claim #: 12608576

**Notes:**

Appeal



RESTAINO **R** REDDIEN<sub>LLP</sub>

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

July 28, 2022

**SENT VIA FACSIMILE TO 603-427-1888 & 603-430-1601**
**& SENT VIA ELECTRONIC MAIL TO: LIFECLAIMDOCS@LFG.COM**

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Becky Averill, Appeal Associate

RE:     Estate of Rose G. Kavanaugh
        Claim #: 12608576
        Policy #: SA3-880-054498-01

## APPEAL: DENIAL OF CLAIM #: 12608576

Dear Ms. Averill,

Please accept this correspondence and attachment as our request for an appeal of the denial of the above referenced claim.

On or about June 15, 2022, I sent Ms. Sunderlin a request for the following documents so that we could submit our appeal to the initial denial of this claim:

- Copy of the contract for the Life Claim policy at issue;

- Copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, including but not limited to notices regarding Conversion Privileges relative to this policy;

- Copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln Financial relative to this claim. This request includes, but is not limited to, documents related to her work status from April 1, 2020 through June 1, 2021 and the initial claim paperwork that was submitted for the present claim and the date that this claim was received by Lincoln Financial; and

- Copies of a payment ledger for premiums paid by the employer on Mrs. Kavanugh's behalf for this policy from April 1, 2020 through June 30, 2021

In said letter I also asked her the following: "*If you do not have any of the above requested information, please indicate which items you do not possess and provide me with the name, phone*

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

July 28, 2022
Appeal - Claim #12608576
Page 2 of 4

*number and mailing address of the individual(s) within Lincoln Financial who may have said documents.*" (emphasis added).

On or about July 11, 2022, I inquired with Ms. Sunderlin via email as to when I would receive a response to the documents requested. After speaking with you on July 13, 2022, a secured email was forwarded to me that same day.

Attached to that email was a copy of the policy contract, which I will reference in this Appeal. This responds to the first item referenced above that I requested on June 15, 2022.

In response to my request dated June 15, 2022, I did not receive copies of any correspondence between Lincoln Financial and Mrs. Kavanaugh, or her representative, regarding this Life Claim Policy, *nor did I receive copies of any correspondence from Lincoln to Mrs. Kavanaugh or the Sponsor (NFMMC) regarding the Conversion Privileges under this policy* (emphasis added). Finally, the response from Lincoln Financial did not indicate that there were other individuals who possessed this information or documentation.

### ARGUMENT: DEATH WITHIN THE STATUTORY CONVERSION NOTICE PERIOD

In the denial of claim letter issued by Ms. Sunderlin on May 26, 2022, she states that Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision "would have ceased on April 16, 2021." The denial then provides the text of the policy regarding "Conversion Privilege at Individual Termination or Reduction of Benefits" which references a 31-day conversion period. In sum, the denial letter states as follows:

- April 16, 2020 – Mrs. Kavanaugh's last date worked
- April 16, 2021 – 12 months since last date worked, resulting in the end of Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision.
- May 17, 2021 – Expiration of the 31-day Conversion Period under the policy
- May 26, 2021 – Mrs. Kavanaugh's date of death

However, the timeline laid out in the denial of claim letter makes no mention of the "Written Notice of Conversion Privilege" provision in Section Four of the Policy contract.

The Conversion Privilege provision in Section Four of the Policy contract at issue provides as follows:

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, *or  longer as extended by the notice provision*. . . (emphasis added).

As such, the 31-day conversion window relied upon in the denial of this claim is not a fixed period of time. As indicated in the italicized and bolded language of this provision, the time in which to convert is subject to the Written Notice of Conversion Privilege provision. As such, the time frame to convert can be longer than 31 days as it may be extended by the failure of the Sponsor or Liberty to provide proper notice under the written notice provision, which states the following:

Email: ARestaino@RestainoReddien.com

www.RestainoReddien.com

PAGE 3/8 * RCVD AT 7/28/2022 2:03:52 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6034271888 * CSID:17162355886 * ANI:17162355886 * DURATION (mm-ss):04-07

July 28, 2022
Appeal - Claim #12608576
Page 3 of 4

### Written Notice of Conversion Privilege

When a Covered Employee is eligible to convert his life insurance, as described on the previous page, *the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the date the Covered Employee is eligible to exercise the conversion privilege* (emphasis added).

If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after the giving of such notice.

*If notice is not given within 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed will expire at the end of 90 days* (emphasis added).

Pursuant to this language within the Policy, the Sponsor (NFMMC) and Liberty and/or Lincoln Financial (as administrator), were required to provide Mrs. Kavanaugh with notice of this conversion privilege within 15 days of April 16, 2021 (expiration of coverage under the "Leave of Absence Due to Disability" provision). Mrs. Kavanaugh, or her husband with whom she resided, never received any written notice regarding the Conversion Privilege from Liberty, Lincoln or the Sponsor at any point at all. With respect to the Sponsor, as evidenced by the ADP payroll ledger from NFMMC attached hereto as Exhibit A, Mrs. Kavanaugh was not terminated in the Niagara Falls Memorial Medical Center system until after her date of passing. As such, she never received written notice from the Sponsor of her Conversion Privilege under this policy. Furthermore, as illustrated in the documents received from Lincoln, the Claim Application submitted by the Sponsor (NFMMC) to Lincoln illustrates that the Sponsor paid the premium on this policy on June 1, 2021, which is after Mrs. Kavanaugh's date of death.

As referenced above, on June 15, 2022, I requested that Lincoln Financial provide me with "copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, *including but not limited to notices regarding Conversion Privileges relative to this policy.* I received no such correspondence in response to this request.

Since Mrs. Kavanaugh did not receive the requisite notice within 90 days of April 16, 2021, Mrs. Kavanugh's time to convert would extend to at least July 15, 2021 (90 days after April 16, 2021) and arguably until October 13, 2021 (90 days after July 15, 2021).

Section Four of the Policy clearly provides that if a covered employee dies within the conversion period, then the policy will be paid out:

### Death Within the Statutory Conversion Notice Period

If a Covered Employee *dies within the statutory conversion notice period*, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded. (emphasis added).

Email: ARestaino@RestainoReddien.com

www.RestainoReddien.com

July 28, 2022
Appeal - Claim #12608576
Page 4 of 4

Mrs. Kavanaugh passed away on May 26, 2021. Given the fact that she never received the requisite Written Notice of Conversion Privilege under this policy, her conversion period would not have been 31-days from April 16, 2021, it would have been at least 90 days from April 16, 2021. Seeing that she passed away she passed away well before July 15, 2021 (90 days from April 16, 2021), the denial of this claim is improper and should be reversed.

As it seems clear that the denial should be reversed based on the plain language cited from the Policy's "Written Notice of Conversion Privilege" provision, I will not address by way of this correspondence any arguments relative to "Active Employment" and Mrs. Kavanaugh's last date worked being after April 16, 2020; evidenced by the ADP payroll log from the Sponsor attached hereto as Exhibit A. As illustrated in said document, as a thirty (30) year employee, Mrs. Kavanaugh accumulated a substantial amount of PTO and Extended Sick Pay time, which was regularly being paid to her from June 2020 through November 2020. Although those arguments are not being fully articulated at this time, we do hereby reserve the right to raise said arguments should this matter proceed to civil litigation.

Should you wish to discuss any portion of our appeal, or any other matters related to this claim, please do not hesitate to contact my office. Thank you for your time and consideration of this matter.

Very truly yours,

Anthony Restaino, Esq.

Enc(s). – Exhibit A

# EXHIBIT A

# EXHIBIT A

7/27/22, 3:41 PM                                              ADP Workforce Now - Pay Profile

## Pay Summaries - Rollup Totals

**Name** Kavanaugh, Rose G

| | Year & Week | Pay Date | Period End Date | Gross | Net | Check / Voucher # | Co / File # |
|---|---|---|---|---|---|---|---|
| | 2021 - 51 - 1 | 12/23/2021 | 12/18/2021 | $0.00 | $0.00 | 00000000 | H0K/100513 |
| | 2021 - 24 - 2 | 06/16/2021 | 05/22/2021 | $-2,641.99 | $-2,117.23 | 45790891 | H0K/100513 |
| | 2021 - 24 - 2 | 06/16/2021 | 06/15/2021 | $0.00 | $0.79 | 00000000 | H0K/100513 |
| | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $2,641.99 | $2,117.23 | 45790891 | H0K/100513 |
| | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $0.00 | $-0.79 | 00000000 | H0K/100513 |
| | 2020 - 52 - 1 | 12/24/2020 | 12/19/2020 | $0.00 | $0.00 | 00000000 | H0K/100513 |
| | 2020 - 48 - 1 | 11/25/2020 | 11/21/2020 | $1,056.72 | $930.77 | 45439349 | H0K/100513 |
| | 2020 - 46 - 2 | 11/12/2020 | 11/07/2020 | $2,641.99 | $2,117.21 | 45410523 | H0K/100513 |
| | 2020 - 44 - 1 | 10/29/2020 | 10/24/2020 | $2,641.99 | $2,117.22 | 45380453 | H0K/100513 |
| | 2020 - 42 - 1 | 10/15/2020 | 10/10/2020 | $2,641.99 | $2,117.21 | 45352224 | H0K/100513 |
| | 2020 - 40 - 2 | 10/01/2020 | 09/26/2020 | $2,641.99 | $2,117.23 | 45321757 | H0K/100513 |
| | 2020 - 38 - 1 | 09/17/2020 | 09/12/2020 | $2,627.26 | $2,106.31 | 45292367 | H0K/100513 |
| | 2020 - 36 - 1 | 09/03/2020 | 08/29/2020 | $2,641.99 | $2,117.22 | 45261398 | H0K/100513 |
| | 2020 - 35 - 2 | 08/26/2020 | 08/26/2020 | $2,987.33 | $2,373.21 | 45252603 | H0K/100513 |
| | 2020 - 24 - 1 | 06/08/2020 | 06/08/2020 | $0.00 | $0.00 | 00240203 | H0K/100513 |
| | 2020 - 22 - 1 | 05/28/2020 | 05/23/2020 | $2,641.99 | $2,117.22 | 45059692 | H0K/100513 |
| | 2020 - 20 - 1 | 05/14/2020 | 05/09/2020 | $2,641.99 | $2,117.22 | 45039775 | H0K/100513 |
| | 2020 - 18 - 1 | 04/30/2020 | 04/25/2020 | $2,961.68 | $2,353.75 | 45016629 | H0K/100513 |
| | 2020 - 16 - 1 | 04/16/2020 | 04/11/2020 | $2,987.32 | $2,372.72 | 44994904 | H0K/100513 |
| | 2020 - 14 - 1 | 04/02/2020 | 03/28/2020 | $2,987.33 | $2,372.71 | 44971118 | H0K/100513 |
| | 2020 - 12 - 1 | 03/19/2020 | 03/14/2020 | $3,162.33 | $2,502.21 | 44937642 | H0K/100513 |
| | 2020 - 10 - 1 | 03/05/2020 | 02/29/2020 | $3,610.43 | $2,833.51 | 44895063 | H0K/100513 |
| | 2020 - 08 - 1 | 02/20/2020 | 02/15/2020 | $2,987.33 | $2,372.72 | 44857148 | H0K/100513 |
| | 2020 - 06 - 1 | 02/06/2020 | 02/01/2020 | $2,987.33 | $2,372.72 | 44818700 | H0K/100513 |
| | 2020 - 04 - 1 | 01/23/2020 | 01/18/2020 | $2,991.82 | $2,376.04 | 44776873 | H0K/100513 |

7/27/22, 3:41 PM                                   ADP Workforce Now - Pay Profile

| | 2020 - 02 - 1 | 01/09/2020 | 01/04/2020 | $2,928.75 | $2,329.45 | 44734149 | H0K/100513 |
|---|---|---|---|---|---|---|---|

## Earnings Summary

| | | | | | |
|---|---|---|---|---|---|
| **Gross Pay** | | | | | **$ 52,769.56** |
| Regular | | | Hours: 585.00 | | $ 23,254.30 |
| 3SHIFTDIF (field 3) | | | | | $ 13.50 |
| OT (field 3) | | | Hours: 7.50 | | $ 448.10 |
| PREMIUM (field 3) | | | | | $ 350.00 |
| P.T.O. (field 3) | | | Hours: 400.88 | | $ 15,955.74 |
| SICKDBL (field 3) | | | Hours: 320.05 | | $ 12,747.92 |

**Total Hours Worked: 585.0**

| | | |
|---|---|---|
| **Taxes** | | **$ 10,643.91** |
| Federal Income Tax | | $ 3,882.14 |
| Social Security | | $ 3,290.76 |
| Medicare | | $ 769.61 |
| State Worked In: New York | Code: NY | $ 2,536.12 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 22.80 |
| Family Leave Insurance | | $ 142.48 |

| | |
|---|---|
| **Deductions** | **$ 9.00** |
| D9 - CAREFUNDD9 | $ 9.00 |

| | |
|---|---|
| **Take Home** | **$ 42,116.65** |

## Other Details

### Memos

| | |
|---|---|
| Hlth Plan Value | 8,085.17 |
| Max Elig/comp | 55,756.89 |
| Group Term Life | 307.28 |
| Pension Non Un | 1,323.39 |
| Max Elig/comp | 55,756.89 |
| Max Elig/comp | 55,756.89 |

https://workforcenow.adp.com/theme/admin.html#/People_ttd_PeopleTabPayProfile/PeopleTabPayProfile                    2/2

PAGE 8/8 * RCVD AT 7/28/2022 2:03:52 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6034271888 * CSID:17162355886 * ANI:17162355886 * DURATION (mm-ss):04-07

# FAX COVER SHEET

**To:** Becky Averill, Appeal Associate     **From:** Anthony Restaino, Esq.

**Company:** Lincoln Financial Group     **Date:** July 28, 2022 14:05

**Fax Number:** 16034301601     **Pages (Including cover):** 8

**Re:** Claim #: 12608576

**Notes:**

Appeal - Claim #: 12608576
Estate of Rose G. Kavanaugh



RESTAINO R REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

July 28, 2022

**SENT VIA FACSIMILE TO 603-427-1888 & 603-430-1601**
**& SENT VIA ELECTRONIC MAIL TO: LIFECLAIMDOCS@LFG.COM**

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Becky Averill, Appeal Associate

RE:    Estate of Rose G. Kavanaugh
       Claim #: 12608576
       Policy #: SA3-880-054498-01

## APPEAL: DENIAL OF CLAIM #: 12608576

Dear Ms. Averill,

Please accept this correspondence and attachment as our request for an appeal of the denial of the above referenced claim.

On or about June 15, 2022, I sent Ms. Sunderlin a request for the following documents so that we could submit our appeal to the initial denial of this claim:

- Copy of the contract for the Life Claim policy at issue;

- Copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, including but not limited to notices regarding Conversion Privileges relative to this policy;

- Copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln Financial relative to this claim.  This request includes, but is not limited to, documents related to her work status from April 1, 2020 through June 1, 2021 and the initial claim paperwork that was submitted for the present claim and the date that this claim was received by Lincoln Financial; and

- Copies of a payment ledger for premiums paid by the employer on Mrs. Kavanugh's behalf for this policy from April 1, 2020 through June 30, 2021

In said letter I also asked her the following: "*If you do not have any of the above requested information, please indicate which items you do not possess and provide me with the name, phone*

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

July 28, 2022
Appeal - Claim #12608576
Page 2 of 4

***number and mailing address of the individual(s) within Lincoln Financial who may have said documents.***" (emphasis added).

On or about July 11, 2022, I inquired with Ms. Sunderlin via email as to when I would receive a response to the documents requested. After speaking with you on July 13, 2022, a secured email was forwarded to me that same day.

Attached to that email was a copy of the policy contract, which I will reference in this Appeal. This responds to the first item referenced above that I requested on June 15, 2022.

In response to my request dated June 15, 2022, I did not receive copies of any correspondence between Lincoln Financial and Mrs. Kavanaugh, or her representative, regarding this Life Claim Policy, ***nor did I receive copies of any correspondence from Lincoln to Mrs. Kavanaugh or the Sponsor (NFMMC) regarding the Conversion Privileges under this policy*** (emphasis added). Finally, the response from Lincoln Financial did not indicate that there were other individuals who possessed this information or documentation.

<u>**ARGUMENT: DEATH WITHIN THE STATUTORY CONVERSION NOTICE PERIOD**</u>

In the denial of claim letter issued by Ms. Sunderlin on May 26, 2022, she states that Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision "would have ceased on April 16, 2021." The denial then provides the text of the policy regarding "Conversion Privilege at Individual Termination or Reduction of Benefits" which references a 31-day conversion period. In sum, the denial letter states as follows:

- April 16, 2020 – Mrs. Kavanaugh's last date worked
- April 16, 2021 – 12 months since last date worked, resulting in the end of Mrs. Kavanaugh's coverage under the "Leave of Absence Due to Disability" provision.
- May 17, 2021 – Expiration of the 31-day Conversion Period under the policy
- May 26, 2021 – Mrs. Kavanaugh's date of death

However, the timeline laid out in the denial of claim letter makes no mention of the "Written Notice of Conversion Privilege" provision in Section Four of the Policy contract.

The Conversion Privilege provision in Section Four of the Policy contract at issue provides as follows:

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, ***or longer as extended by the notice provision***. . . (emphasis added).

As such, the 31-day conversion window relied upon in the denial of this claim is not a fixed period of time. As indicated in the italicized and bolded language of this provision, the time in which to convert is subject to the Written Notice of Conversion Privilege provision. As such, the time frame to convert can be longer than 31 days as it may be extended by the failure of the Sponsor or Liberty to provide proper notice under the written notice provision, which states the following:

Email: ARestaino@RestainoReddien.com

www.RestainoReddien.com

July 28, 2022
Appeal - Claim #12608576
Page 3 of 4

### Written Notice of Conversion Privilege

When a Covered Employee is eligible to convert his life insurance, as described on the previous page, *the Sponsor must provide him written notice, either given to the Covered Employee or mailed to his last known address, or Liberty must provide written notice mailed to the Covered Employee at the last address furnished by the Sponsor. Such written notice must be made within 15 days before or after the date the Covered Employee is eligible to exercise the conversion privilege* (emphasis added).

If written notice is given more than 15 days, but less than 90 days after the date the Covered Employee was eligible to convert his life insurance, the time allowed for conversion is extended for 45 days after the giving of such notice.

***If notice is not given within 90 days after the date the Covered Employee was eligible to convert his  life insurance, the time allowed will expire at the end of 90 days*** (emphasis added).

Pursuant to this language within the Policy, the Sponsor (NFMMC) and Liberty and/or Lincoln Financial (as administrator), were required to provide Mrs. Kavanaugh with notice of this conversion privilege within 15 days of April 16, 2021 (expiration of coverage under the "Leave of Absence Due to Disability" provision). Mrs. Kavanaugh, or her husband with whom she resided, never received any written notice regarding the Conversion Privilege from Liberty, Lincoln or the Sponsor at any point at all. With respect to the Sponsor, as evidenced by the ADP payroll ledger from NFMMC attached hereto as Exhibit A, Mrs. Kavanaugh was not terminated in the Niagara Falls Memorial Medical Center system until after her date of passing. As such, she never received written notice from the Sponsor of her Conversion Privilege under this policy. Furthermore, as illustrated in the documents received from Lincoln, the Claim Application submitted by the Sponsor (NFMMC) to Lincoln illustrates that the Sponsor paid the premium on this policy on June 1, 2021, which is after Mrs. Kavanaugh's date of death.

As referenced above, on June 15, 2022, I requested that Lincoln Financial provide me with "copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, *including but not limited to notices regarding Conversion Privileges relative to this policy.* I received no such correspondence in response to this request.

Since Mrs. Kavanaugh did not receive the requisite notice within 90 days of April 16, 2021, Mrs. Kavanugh's time to convert would extend to at least July 15, 2021 (90 days after April 16, 2021) and arguably until October 13, 2021 (90 days after July 15, 2021).

Section Four of the Policy clearly provides that if a covered employee dies within the conversion period, then the policy will be paid out:

### Death Within the Statutory Conversion Notice Period

If a Covered Employee *dies within the statutory conversion notice period*, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded. (emphasis added).

Email: ARestaino@RestainoReddien.com

www.RestainoReddien.com

July 28, 2022
Appeal - Claim #12608576
Page 4 of 4

Mrs. Kavanaugh passed away on May 26, 2021. Given the fact that she never received the requisite Written Notice of Conversion Privilege under this policy, her conversion period would not have been 31-days from April 16, 2021, it would have been at least 90 days from April 16, 2021. Seeing that she passed away she passed away well before July 15, 2021 (90 days from April 16, 2021), the denial of this claim is improper and should be reversed.

As it seems clear that the denial should be reversed based on the plain language cited from the Policy's "Written Notice of Conversion Privilege" provision, I will not address by way of this correspondence any arguments relative to "Active Employment" and Mrs. Kavanaugh's last date worked being after April 16, 2020; evidenced by the ADP payroll log from the Sponsor attached hereto as Exhibit A. As illustrated in said document, as a thirty (30) year employee, Mrs. Kavanaugh accumulated a substantial amount of PTO and Extended Sick Pay time, which was regularly being paid to her from June 2020 through November 2020. Although those arguments are not being fully articulated at this time, we do hereby reserve the right to raise said arguments should this matter proceed to civil litigation.

Should you wish to discuss any portion of our appeal, or any other matters related to this claim, please do not hesitate to contact my office. Thank you for your time and consideration of this matter.


Very truly yours,

Anthony Restaino, Esq.

Enc(s). – Exhibit A

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

# EXHIBIT A

# EXHIBIT A

7/27/22, 3:41 PM                                                    ADP Workforce Now - Pay Profile

## Pay Summaries - Rollup Totals

**Name** Kavanaugh, Rose G

|  | Year & Week | Pay Date | Period End Date | Gross | Net | Check / Voucher # | Co / File # |
|---|---|---|---|---|---|---|---|
|  | 2021 - 51 - 1 | 12/23/2021 | 12/18/2021 | $0.00 | $0.00 | 00000000 | H0K/100513 |
|  | 2021 - 24 - 2 | 06/16/2021 | 05/22/2021 | $-2,641.99 | $-2,117.23 | 45790891 | H0K/100513 |
|  | 2021 - 24 - 2 | 06/16/2021 | 06/15/2021 | $0.00 | $0.79 | 00000000 | H0K/100513 |
|  | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $2,641.99 | $2,117.23 | 45790891 | H0K/100513 |
|  | 2021 - 21 - 1 | 05/27/2021 | 05/22/2021 | $0.00 | $-0.79 | 00000000 | H0K/100513 |
|  | 2020 - 52 - 1 | 12/24/2020 | 12/19/2020 | $0.00 | $0.00 | 00000000 | H0K/100513 |
|  | 2020 - 48 - 1 | 11/25/2020 | 11/21/2020 | $1,056.72 | $930.77 | 45439349 | H0K/100513 |
|  | 2020 - 46 - 2 | 11/12/2020 | 11/07/2020 | $2,641.99 | $2,117.21 | 45410523 | H0K/100513 |
|  | 2020 - 44 - 1 | 10/29/2020 | 10/24/2020 | $2,641.99 | $2,117.22 | 45380453 | H0K/100513 |
|  | 2020 - 42 - 1 | 10/15/2020 | 10/10/2020 | $2,641.99 | $2,117.21 | 45352224 | H0K/100513 |
|  | 2020 - 40 - 2 | 10/01/2020 | 09/26/2020 | $2,641.99 | $2,117.23 | 45321757 | H0K/100513 |
|  | 2020 - 38 - 1 | 09/17/2020 | 09/12/2020 | $2,627.26 | $2,106.31 | 45292367 | H0K/100513 |
|  | 2020 - 36 - 1 | 09/03/2020 | 08/29/2020 | $2,641.99 | $2,117.22 | 45261398 | H0K/100513 |
|  | 2020 - 35 - 2 | 08/26/2020 | 08/26/2020 | $2,987.33 | $2,373.21 | 45252603 | H0K/100513 |
|  | 2020 - 24 - 1 | 06/08/2020 | 06/08/2020 | $0.00 | $0.00 | 00240203 | H0K/100513 |
|  | 2020 - 22 - 1 | 05/28/2020 | 05/23/2020 | $2,641.99 | $2,117.22 | 45059692 | H0K/100513 |
|  | 2020 - 20 - 1 | 05/14/2020 | 05/09/2020 | $2,641.99 | $2,117.22 | 45039775 | H0K/100513 |
|  | 2020 - 18 - 1 | 04/30/2020 | 04/25/2020 | $2,961.68 | $2,353.75 | 45016629 | H0K/100513 |
|  | 2020 - 16 - 1 | 04/16/2020 | 04/11/2020 | $2,987.32 | $2,372.72 | 44994904 | H0K/100513 |
|  | 2020 - 14 - 1 | 04/02/2020 | 03/28/2020 | $2,987.33 | $2,372.71 | 44971118 | H0K/100513 |
|  | 2020 - 12 - 1 | 03/19/2020 | 03/14/2020 | $3,162.33 | $2,502.21 | 44937642 | H0K/100513 |
|  | 2020 - 10 - 1 | 03/05/2020 | 02/29/2020 | $3,610.43 | $2,833.51 | 44895063 | H0K/100513 |
|  | 2020 - 08 - 1 | 02/20/2020 | 02/15/2020 | $2,987.33 | $2,372.72 | 44857148 | H0K/100513 |
|  | 2020 - 06 - 1 | 02/06/2020 | 02/01/2020 | $2,987.33 | $2,372.72 | 44818700 | H0K/100513 |
|  | 2020 - 04 - 1 | 01/23/2020 | 01/18/2020 | $2,991.82 | $2,376.04 | 44776873 | H0K/100513 |

7/27/22, 3:41 PM        ADP Workforce Now - Pay Profile

| | 2020 - 02 - 1 | 01/09/2020 | 01/04/2020 | $2,928.75 | $2,329.45 | 44734149 | H0K/100513 |
|---|---|---|---|---|---|---|---|

## Earnings Summary

| | | |
|---|---|---|
| **Gross Pay** | | **$ 52,769.56** |
| Regular | Hours: 585.00 | $ 23,254.30 |
| 3SHIFTDIF (field 3) | | $ 13.50 |
| OT (field 3) | Hours: 7.50 | $ 448.10 |
| PREMIUM (field 3) | | $ 350.00 |
| P.T.O. (field 3) | Hours: 400.88 | $ 15,955.74 |
| SICKDBL (field 3) | Hours: 320.05 | $ 12,747.92 |

### Total Hours Worked: 585.0

| | | |
|---|---|---|
| **Taxes** | | **$ 10,643.91** |
| Federal Income Tax | | $ 3,882.14 |
| Social Security | | $ 3,290.76 |
| Medicare | | $ 769.61 |
| State Worked in: New York | Code: NY | $ 2,536.12 |
| SUI/SDI: New York (Taxing) | Code: 19 | $ 22.80 |
| Family Leave Insurance | | $ 142.48 |

| | |
|---|---|
| **Deductions** | **$ 9.00** |
| D9 - CAREFUNDD9 | $ 9.00 |

| | |
|---|---|
| **Take Home** | **$ 42,116.65** |

## Other Details

### Memos

| | |
|---|---|
| Hlth Plan Value | 8,085.17 |
| Max Elig/comp | 55,756.89 |
| Group Term Life | 307.28 |
| Pension Non Un | 1,323.39 |
| Max Elig/comp | 55,756.89 |
| Max Elig/comp | 55,756.89 |

PAGE 8/8 * RCVD AT 7/28/2022 2:06:07 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6034301601 * CSID:17162355886 * ANI:17162355886 * DURATION (mm-ss):04-06

**From:** Averill, Rebecca
**Sent:** Wed, 13 Jul 2022 17:06:35 +0000
**To:** ARESTAINO@RESTAINOREDDIEN.COM
**Subject:** FW: {SEZ} File copy for Rose Kavanaugh 12608576 (secure)

Good afternoon Anthony,

I apologize this was not received on your end previously. I realize the appeal deadline is coming right up, 7/25/22.  If you should need additional time to prepare and submit the appeal, please respond with the amount of time you think you will need to submit the appeal and we will review for an extension approval and send a response back.

I will be out of the office tomorrow, Thursday July 14th, and will respond to emails upon my return on Friday.

Thank you,



**Becky Averill**
Appeals Examiner
Group Protection

888-437-7611 X16668
Office

603-430-1601 Fax

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Sent:** Wednesday, July 13, 2022 12:58 PM
**To:** ARESTAINO@RESTAINOREDDIEN.COM
**Subject:** {SEZ} File copy for Rose Kavanaugh 12608576 (secure)

https://lfg-my.sharepoint.com/:f:/p/james_best/ElfOzRkHapVHoXfI7YFRqhUB-pLuTlEoUKoAqfWAZjoa9A?e=7c0cpz

Hello,
Please find attached a copy of the requested records. To access enter case sensitive password, which is the first two letters of the claimants first name followed by the date of birth in the format MMDDYYYY. *Password format example; claimant name Jane Smith, DOB July 7, 1960 would be Ja07071960.*

**<span style="color:red">*This link will expire in 24 hours.*</span>**
**<u>Please contact your claims examiner with any questions.</u>**

Thank you,



Sarah Zarnowski
Team Lead, Operations Support
GP CLM Shared Services

LincolnFinancial.com

Follow us on:





*This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.*

**From:** Anthony Restaino <arestaino@restainoreddien.com>
**Sent:** Wed, 13 Jul 2022 13:09:59 -0400
**To:** Averill, Rebecca
**Subject:** Re: FW: {SEZ} File copy for Rose Kavanaugh 12608576 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Becky,

Thank you for the email and for sending these documents. I was able to open the attachments. If we can extend the deadline to August 1, 2022 I would appreciate that since it has been almost a month since my initial request for these documents. If an extension is granted, please confirm by faxing a letter to my office indicating that such is the case.

Thank you for your time and attention to this matter.

Anthony Restaino

On Wed, Jul 13, 2022 at 1:06 PM Averill, Rebecca <Rebecca.Averill@lfg.com> wrote:

> This message was sent securely using Zix®

Good afternoon Anthony,


I apologize this was not received on your end previously. I realize the appeal deadline is coming right up, 7/25/22. If you should need additional time to prepare and submit the appeal, please respond with the amount of time you think you will need to submit the appeal and we will review for an extension approval and send a response back.


I will be out of the office tomorrow, Thursday July 14th, and will respond to emails upon my return on Friday.


Thank you,




**Becky Averill**
Appeals Examiner
Group Protection

**Lincoln Life Assurance Company of Boston**

888-437-7611 X16668
Office

603-430-1601 Fax

LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Sent:** Wednesday, July 13, 2022 12:58 PM
**To:** ARESTAINO@RESTAINOREDDIEN.COM
**Subject:** {SEZ} File copy for Rose Kavanaugh 12608576 (secure)

https://lfg-my.sharepoint.com/:f:/p/james_best/ElfOzRkHapVHoXfI7YFRqhUB-pLuTlEoUKoAqfWAZjoa9A?e=7c0cpz

Hello,
Please find attached a copy of the requested records. To access enter case sensitive password, which is the first two letters of the claimants first name followed by the date of birth in the format MMDDYYYY. *Password format example; claimant name Jane Smith, DOB July 7, 1960 would be Ja07071960.*
**\*This link will expire in 24 hours.\***
**Please contact your claims examiner with any questions.**

Thank you,



Sarah Zarnowski

Team Lead, Operations Support
GP CLM Shared Services

Follow us on:

LincolnFinancial.com

*This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.*

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--



Anthony L. Restaino, Esq.
Restaino Reddien, LLP
6928 Williams Road, Suite 4
Niagara Falls, NY 14304
T: (716) 235-5885
F: (716) 235-5886
arestaino@restainoreddien.com
www.restainoreddien.com

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.

Notice: This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (716) 235-5885 and delete this e-mail message from your computer. Thank you.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date: July 13, 2022 | |
| To: | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 |
| Attn: | |
| Fax: (716) 235-5886 | |
| From: | Becky Averill<br>Appeal Associate<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 12608576<br>Claimant: Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 13, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln National Life Insurance Company is responsible for managing Group Life Coverage claims under Niagara Falls Memorial Medical Center's Group Life Policy.

This letter serves as a response to your July 13, 2022 request to extend the appeal deadline until August 1, 2022. Lincoln will allow the extension for you to submit the appeal in reference to Ms. Kavanaugh's claim. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **August 1, 2022**.

If you have documents to submit, you may **email** them to **LifeClaimDocs@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

<div align="center">

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

</div>

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Associate

Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

**From:** Anthony Restaino <arestaino@restainoreddien.com>
**Sent:** Mon, 11 Jul 2022 15:22:54 -0400
**To:** LifeClaimDocs
**Subject:** Re: Claim #: 12608576


<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

To whom it may concern:

I have not received a response to my request for documents so that I may submit a formal appeal.  When will I be receiving these documents? The appeal is due by the end of this month.

Thank you,

Anthony Restaino

On Wed, Jun 15, 2022 at 4:18 PM Anthony Restaino <arestaino@restainoreddien.com> wrote:
  Ms. Sunderlin,

  Thank you again for taking the time to speak with me today.  Attached is the request for
  documentation that we discussed so that we may prepare our appeal to this denial, which was
  received on or about May 26, 2022.

  Thank you,

  Anthony Restaino

  --



  Anthony L. Restaino, Esq.
  Restaino Reddien, LLP
  6928 Williams Road, Suite 4
  Niagara Falls, NY 14304
  T: (716) 235-5885
  F: (716) 235-5886
  arestaino@restainoreddien.com
  www.restainoreddien.com

  Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax
  advice contained in this communication (including any attachments) was not intended or written to be
  used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting,
  marketing or recommending to another party any matter(s) addressed herein.

  Notice: This e-mail message is confidential, intended only for the named recipient(s) above and may
  contain information that is privileged, attorney work product or exempt from disclosure under applicable

law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (716) 235-5885 and delete this e-mail message from your computer. Thank you.

--



Anthony L. Restaino, Esq.
Restaino Reddien, LLP
6928 Williams Road, Suite 4
Niagara Falls, NY 14304
T: (716) 235-5885
F: (716) 235-5886
arestaino@restainoreddien.com
www.restainoreddien.com

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.

Notice: This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (716) 235-5885 and delete this e-mail message from your computer. Thank you.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688




ANTHONY RESTAINO, ESQ.
RESTAINO & REDDIEN
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS NY 14304



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

June 16, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln National Life Insurance Company is responsible for managing claims for Group Life
Insurance benefits under Niagara Falls Memorial Medical's Group Disability Policy.  We are writing
in reference to Rose Kavanaugh's claim for Group Life Insurance benefits under the Policy.

Per Ms. Kavanaugh's June 15, 2022 request for relevant claim documentation, we have enclosed the
following information:

   • Niagara Falls Memorial Medical's Group Life Insurance Policy
   • A complete copy of our claim file

If Ms. Kavanaugh has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

Death (Life Claim) - APPEAL REFERRAL
appealassociates@lfg.com

Appeal Referral To:

Office:  __0096__   Death Case Mgr.:  __Abby Sunderlin_____

Claimant Name:  __Richard Kavanaugh_____   Death Claim #:  __12608576__
Date of Denial  __05/24/2022_____   Date Appeal Rec'd *  __06/15/2022__

Policyholder/Self-Insured Plan holder:  __NIAGARA FALLS MEMORIAL_____

Death Information
Policy Number:  __08-054498_____   _____

Was any amounts of insurance paid?  NO

Policyholder Contacts/cc: addresses:
**Overturn:  cc Employer?** _____
**Uphold:  cc Employer?** _____
_____
_____
_____

Phone No.  (     ) _____   FAX No.  (     ) _____

Account specific or unique Death issues: _____
_____
_____

Analyst Review & Signature     Abby Sunderlin          Date: 06/16/2022
                          _____   _____

Special ARU Log Processing
        Life Death Only Appeal:  Add to Log
        Life Death Appeal combined w/ an STD or LTD appeal:  Do not add to log.  Add to S1 only.

Special ARU S1 Processing
        ARU:  Add S1 claim notes:
        Appeal,  Death IN, Name ARU Consultant in Note text.
        Appeal, Death OUT, State return to Life Claims in Note text.

Special ARU Consultant Processing
        See letter "add-ins"  for WP decision:  "Death Appeal decision add-ins v2"



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date:  June 16, 2022 | |
| To:  | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 |
| Attn: | |
| Fax:  | (716) 235-5886 |
| From:  | Becky Averill<br>Appeal Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages<br>(Including Cover):    3 | |
| RE: | |
| Claim #:    12608576<br>Claimant:   Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

June 16, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:    Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln National Life Insurance Company is responsible for managing Group Life Coverage claims under Niagara Falls Memorial Medical Center's Group Life Policy.

The purpose of this letter is to acknowledge your <u>intent</u> to appeal the claim for Ms. Rose Kavanaugh.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains denied with no additional review completed. The claim will not be forwarded to Lincoln's Appeal Review Unit at this time.

As set forth in the denial letter issued to you on May 24, 2022 you have a maximum of 180 days to submit a written request for review, which will expire on July 23, 2022. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request for appeal no later than **July 23, 2022**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to <u>ARESTAINO@RESTAINOREDDIEN.COM</u>:

- A complete copy of our claim file
- Niagara Falls Memorial Medical Center's Group Life Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

Ms. Kavanaugh's full and complete claim file and policy includes all information that was received and considered in our evaluation of his claim.

If you have documents to submit, you may **email** them to **LifeClaimDocs@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

<div align="center">

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

</div>

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date:  June 16, 2022 | |
| To: | ANTHONY RESTAINO, ESQ.<br>RESTAINO & REDDIEN<br>6928 WILLIAMS ROAD<br>SUITE 4<br>NIAGARA FALLS NY 14304 |
| Attn: | |
| Fax: | (716) 235-5886 |
| From: | Becky Averill<br>Appeal Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages<br>(Including Cover):    3 | |
| RE: | |
| Claim #:     12608576<br>Claimant:   Rose Kavanaugh<br><br>Niagara Falls Memorial Medical | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

June 16, 2022

Anthony Restaino, Esq.
Restaino & Reddien
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

The Lincoln National Life Insurance Company is responsible for managing Group Life Coverage
claims under Niagara Falls Memorial Medical Center's Group Life Policy.

The purpose of this letter is to acknowledge your <u>intent</u> to appeal the claim for Ms. Rose
Kavanaugh.

We understand that you are in the process of gathering information to submit with the formal
request for review. Since no appeal has yet been submitted, the claim remains denied with no
additional review completed. The claim will not be forwarded to Lincoln's Appeal Review Unit at
this time.

As set forth in the denial letter issued to you on May 24, 2022 you have a maximum of **60** days to
submit a written request for review, which will expire on July 23, 2022. Please be aware that all
information that you would like to have considered on appeal must be submitted with the written
request for appeal no later than **July 23, 2022**.

Per your request for relevant claim documentation, the following information will be sent separately
via secure OneDrive email to <u>ARESTAINO@RESTAINOREDDIEN.COM</u>:

- A complete copy of our claim file
- Niagara Falls Memorial Medical Center's Group Life Policy

We are required to password protect any claim files in an electronic format. You will be provided
with a password under separate cover. **Please note that the OneDrive link will expire 24 hours
after it is sent to you.**

Ms. Kavanaugh's full and complete claim file and policy includes all information that was received and considered in our evaluation of his claim.

If you have documents to submit, you may **email** them to **LifeClaimDocs@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

<div align="center">

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

</div>

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# RESTAINO R REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

June 15, 2022

<u>SENT VIA FACSIMILE TO 603-427-1888 &</u>
<u>VIA ELECTRONIC MAIL TO: lifeclaimdocs@lfg.com</u>

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Abby Sunderlin, Claims Examiner

RE:     Estate of Rose G. Kavanaugh
        Claim #: 12608576
        Policy #: SA3-880-054498-01

Dear Ms. Sunderlin,

As discussed, we have received your denial of claim dated May 25, 2022.  To that end we are going to request a review of this decision and intend to file an appeal of this denial.  At this time, please provide our office with the following documents so that we can draft our formal appeal of the denial:

- Copy of the contract for the Life Claim policy at issue;

- Copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, including but not limited to notices regarding Conversion Privileges relative to this policy;

- Copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln Financial relative to this claim.  This request includes, but is not limited to, documents related to her work status from April 1, 2020 through June 1, 2021 and the initial claim paperwork that was submitted for the present claim and the date that this claim was received by Lincoln Financial; and

- Copies of a payment ledger for premiums paid by the employer on Mrs. Kavanugh's behalf for this policy from April 1, 2020 through June 30, 2021

If you do not have any of the above requested information, please indicate which items you do not possess and provide me with the name, phone number and mailing address of the individual(s) within Lincoln Financial who may have said documents.

If it is more convenient for you, I have no objection to you providing me with electronic copies of the documentation I have requested via e-mail.  Thank you for your time and attention to this matter.

Very truly yours,

Anthony Restaino, Esq.

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

# FAX COVER SHEET

**To:** Abby Sunderlin - Claims Examiner  **From:** Anthony Restaino

**Company:** Lincoln Financial  **Date:** June 15, 2022 16:19

**Fax Number:** 16034271888  **Pages (Including cover):** 2

**Re:** Claim #: 12608576

**Notes:**



RESTAINO R REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885  |  F: 716-235-5886

June 15, 2022

**SENT VIA FACSIMILE TO 603-427-1888 &**
**VIA ELECTRONIC MAIL TO: LIFECLAIMDOCS@LFG.COM**

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Abby Sunderlin, Claims Examiner

RE:     Estate of Rose G. Kavanaugh
        Claim #: 12608576
        Policy #: SA3-880-054498-01

Dear Ms. Sunderlin,

As discussed, we have received your denial of claim dated May 25, 2022. To that end we are going to request a review of this decision and intend to file an appeal of this denial. At this time, please provide our office with the following documents so that we can draft our formal appeal of the denial:

- Copy of the contract for the Life Claim policy at issue;

- Copies of any and all correspondence that was sent by Lincoln Financial to Mrs. Kavanaugh, or her representatives, from April 1, 2020 through June 1, 2021, with respect to the aforementioned Life Claim policy, including but not limited to notices regarding Conversion Privileges relative to this policy;

- Copies of any and all documents submitted by Niagara Falls Memorial Medical Center to Lincoln Financial relative to this claim. This request includes, but is not limited to, documents related to her work status from April 1, 2020 through June 1, 2021 and the initial claim paperwork that was submitted for the present claim and the date that this claim was received by Lincoln Financial; and

- Copies of a payment ledger for premiums paid by the employer on Mrs. Kavanugh's behalf for this policy from April 1, 2020 through June 30, 2021

If you do not have any of the above requested information, please indicate which items you do not possess and provide me with the name, phone number and mailing address of the individual(s) within Lincoln Financial who may have said documents.

If it is more convenient for you, I have no objection to you providing me with electronic copies of the documentation I have requested via e-mail. Thank you for your time and attention to this matter.

Very truly yours,

Anthony Restaino, Esq.

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

**From:**Anthony Restaino <arestaino@restainoreddien.com>
**Sent:**Wed, 15 Jun 2022 16:18:08 -0400
**To:**LifeClaimDocs
**Subject:**Claim #: 12608576
**Attachments:**6-15-22 - Letter to Lincoln Financial.pdf


<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Ms. Sunderlin,

Thank you again for taking the time to speak with me today.  Attached is the request for documentation that we discussed so that we may prepare our appeal to this denial, which was received on or about May 26, 2022.

Thank you,

Anthony Restaino


--



Anthony L. Restaino, Esq.
Restaino Reddien, LLP
6928 Williams Road, Suite 4
Niagara Falls, NY 14304
T: (716) 235-5885
F: (716) 235-5886
arestaino@restainoreddien.com
www.restainoreddien.com

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.

Notice: This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (716) 235-5885 and delete this e-mail message from your computer. Thank you.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, May 26, 2022 11:54:02 AM |
| To: | ARESTAINO@RESTAINOREDDIEN.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Niagara Falls Memorial Medical Claim No. 12608576 Rose Kavanaugh |
| Attachments: | 8oyr3gnfms0ablapbz4w_12833427.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

May 26, 2022

Anthony Restaino, Esq.
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

We have completed an initial review of the above referenced claim for life insurance
benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to Niagara Falls Memorial Medical Center, by Lincoln National Life
Insurance states the following:

I.   The Policy

Niagara Falls Memorial Medical Center Group Life Insurance Policy requires to be eligible
for coverage, an individual must meet the definition of being a ***Covered Employee, Covered
Person*** and in ***Active Employment***.  The Policy states in *Section 2 – Definitions*:

***"Covered Employee"*** *means a person in Active Employment insured under this policy.*

***"Covered Person"*** *means an Employee in Active Employment insured under this policy.*

***"Active Employment"*** *means the Employee must be actively at work for the Sponsor:*

> *1. on a full-time or part-time basis and paid regular earnings;*
> *2. for at least the minimum number of hours shown in the Schedule of Benefits; and
> either perform such work:*
> > *a. at the Sponsor's usual place of business; or*
> > *b. at a location to which the Sponsor's business requires the Employee to
> > travel.*

*An Employee will be considered actively at work if he was actually at work on the day*

*immediately preceding:*
 *1. a weekend (except where one or both of these days are scheduled work days);*
 *2. holidays (except when the holiday is a scheduled work day);*
 *3. paid vacations;*
 *4. any non-scheduled work day;*
 *5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and*
 *6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).*


II. <u>Claim Investigation</u>

In our review of the claim, we received the Proof of Death form from Niagara Falls Memorial Medical Center on March 17, 2022. The Proof of Death form indicates Mrs. Kavanaugh's last date worked was on April 16, 2020, and her date of death was on May 26, 2021.

As Mrs. Kavanaugh was no longer in Active Employment as defined above, she would have had continued coverage under the ***Leave of Absence Due to Disability*** (hereinafter "LOA") provision as defined below:

***Leave of Absence Due to Disability***
*Covered Employee is granted an approved leave of absence due to a disability.*
*The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.*

Based on her last day worked the coverage under this provision would have ceased on April 16, 2021.

The Group Life Policy also contained the following ***"Conversion Privilege at Individual Termination or Reduction of Benefits"*** provision:

***Conversion Privilege at Individual Termination or Reduction of Benefits:***

*If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:*
 *1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;*
 *2. the policy is terminated;*
 *3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;*
 *4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or*
 *5. the Covered Employee's employment is terminated.*

*The individual policy will be issued without Evidence of Insurability. It will contain Life Insurance benefits only, in any one of the forms customarily issued by Liberty, at the option of the Covered Employee, preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. In the event termination of coverage due to total and permanent disability, the Covered Employee may convert to any of the forms customarily issued by Liberty, including permanent term insurance optionally preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. The premium due will be based on the premium schedule that applies to the Covered Employee's class of risk to which he belongs and to the form and amount of the policy at his then attained age. The individual policy will be effective on the date the Covered Employee's group coverage ends under this policy.*

Mrs. Kavanaugh's date of passing on May 26, 2021, was outside of the 31-day conversion period, therefore based on the Policy terms and the facts of this case set forth above, we have determined Mrs. Kavanaugh was no longer covered under the Group Life insurance Policy.

**Should you wish to take this matter up with the New York Department of Financial Services, you may file with the department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York Department of Financial Services, One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 535 Washington Street, Suite 305, Buffalo, NY 14203; 1399 Franklin Avenue, Suite 203, Garden City, NY 11530; 28 Hill Street, Room 210, Oneonta, NY 13820; or 333 East Washington Street, Syracuse, NY 13202**

This claim determination reflects an evaluation of the facts presented in the claim file and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

You or your authorized representative may request a review of your denied claim.  Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

<div align="center">

Lincoln Life Assurance Company
Disability & Life Claims
Attn: Abby Sunderlin
P.O. Box 2578
Omaha NE 68172-9688

</div>

Please be sure to include your policy number and claim number.  If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory

agency.  In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Abby Sunderlin
Life Claims Examiner I
Phone No.: (888) 787-2129 Ext. 69759
Secure Fax No.: (603) 427-1888

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

ANTHONY RESTAINO, ESQ.
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS NY 14304



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

May 25, 2022

Anthony Restaino, Esq.
6928 WILLIAMS ROAD
SUITE 4
NIAGARA FALLS, NY 14304

RE:     Deceased: Rose Kavanaugh
        Policyholder: Niagara Falls Memorial Medical
        Policy #: SA3-880-054498-01
        Claim #: 12608576

Dear Anthony Restaino, Esq.:

We have completed an initial review of the above referenced claim for life insurance
benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to Niagara Falls Memorial Medical Center, by Lincoln National Life
Insurance states the following:

I.      The Policy

Niagara Falls Memorial Medical Center Group Life Insurance Policy requires to be eligible
for coverage, an individual must meet the definition of being a **_Covered Employee, Covered
Person_** and in **_Active Employment_**.  The Policy states in *Section 2 – Definitions*:

**_"Covered Employee"_** *means a person in Active Employment insured under this policy.*

**_"Covered Person"_** *means an Employee in Active Employment insured under this policy.*

**_"Active Employment"_** *means the Employee must be actively at work for the Sponsor:*

        *1. on a full-time or part-time basis and paid regular earnings;*
        *2. for at least the minimum number of hours shown in the Schedule of Benefits; and
        either perform such work:*
                *a. at the Sponsor's usual place of business; or*
                *b. at a location to which the Sponsor's business requires the Employee to
        travel.*

*An Employee will be considered actively at work if he was actually at work on the day*

1  of 4

*immediately preceding:*
>    *1. a weekend (except where one or both of these days are scheduled work days);*
>    *2. holidays (except when the holiday is a scheduled work day);*
>    *3. paid vacations;*
>    *4. any non-scheduled work day;*
>    *5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and*
>    *6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).*

II.   <u>Claim Investigation</u>

In our review of the claim, we received the Proof of Death form from Niagara Falls Memorial Medical Center on March 17, 2022. The Proof of Death form indicates Mrs. Kavanaugh's last date worked was on April 16, 2020, and her date of death was on May 26, 2021.

As Mrs. Kavanaugh was no longer in Active Employment as defined above, she would have had continued coverage under the ***Leave of Absence Due to Disability*** (hereinafter "LOA") provision as defined below:

**"*Leave of Absence Due to Disability*"**
*Covered Employee is granted an approved leave of absence due to a disability.*
*The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.*

Based on her last day worked the coverage under this provision would have ceased on April 16, 2021.

The Group Life Policy also contained the following ***"Conversion Privilege at Individual Termination or Reduction of Benefits"*** provision:

**"*Conversion Privilege at Individual Termination or Reduction of Benefits*":**

*If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:*
>    *1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;*
>    *2. the policy is terminated;*
>    *3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;*
>    *4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or*
>    *5. the Covered Employee's employment is terminated.*

*The individual policy will be issued without Evidence of Insurability. It will contain Life Insurance benefits only, in any one of the forms customarily issued by Liberty, at the option of the Covered Employee, preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. In the event termination of coverage due to total and permanent disability, the Covered Employee may convert to any of the forms customarily issued by Liberty, including permanent term insurance optionally preceded by one year of term insurance, in an amount equal to the amount of the Covered Employee's protection under this policy. The premium due will be based on the premium schedule that applies to the Covered Employee's class of risk to which he belongs and to the form and amount of the policy at his then attained age. The individual policy will be effective on the date the Covered Employee's group coverage ends under this policy.*

Mrs. Kavanaugh's date of passing on May 26, 2021, was outside of the 31-day conversion period, therefore based on the Policy terms and the facts of this case set forth above, we have determined Mrs. Kavanaugh was no longer covered under the Group Life insurance Policy.

**Should you wish to take this matter up with the New York Department of Financial Services, you may file with the department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York Department of Financial Services, One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 535 Washington Street, Suite 305, Buffalo, NY 14203; 1399 Franklin Avenue, Suite 203, Garden City, NY 11530; 28 Hill Street, Room 210, Oneonta, NY 13820; or 333 East Washington Street, Syracuse, NY 13202**

This claim determination reflects an evaluation of the facts presented in the claim file and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

You or your authorized representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

<div align="center">

Lincoln Life Assurance Company
Disability & Life Claims
Attn: Abby Sunderlin
P.O. Box 2578
Omaha NE 68172-9688

</div>

Please be sure to include your policy number and claim number. If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory

agency.  In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Abby Sunderlin
Life Claims Examiner I
Phone No.: (888) 787-2129 Ext. 69759
Secure Fax No.: (603) 427-1888

# FAX COVER SHEET

**To:** Abby Sunderlin, Claims Examiner       **From:** Anthony Restaino, Esq.

**Company:** Lincoln Financial Group       **Date:** May 18, 2022 13:58

**Fax Number:** 16034271888       **Pages (Including cover):** 2

**Re:** Claim #: 12608576

**Notes:**



## RESTAINO ℞ REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

May 18, 2022

**VIA FAX ONLY**
**TO: 603-427-1888**

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Abby Sunderlin, Claims Examiner


RE:    Estate of Rose G. Kavanaugh
         Claim # 12608576

Dear Ms. Sunderlin,

As you know, this office is representing the Estate of Rose G. Kavanaugh.

We last spoke on April 14, 2022, and you advised that you would be denying the above
referenced claim and would be sending out a denial. To date, I have not received any denial or
any other correspondence from Lincoln regarding this matter. I have called twice and left a
message. However, I have not received a response.

As a result, I am writing today to inquire as to the status of this claim. I would greatly appreciate
if you or another team member could advise as to the status of this matter.

Very truly yours,

Anthony Restaino, Esq.

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com



NATIONAL HEALTH & WELFARE
MUTUAL LIFE INSURANCE
ASSOCIATION, INC.
666 FIFTH AVENUE N.Y., N.Y 10019 (212) 399-1600

**EMPLOYEE APPLICATION**
**GROUP LIFE INSURANCE PLAN**

EMPLOYER NAME

CITY – STATE – ZIP CODE

TO BE COMPLETED BY EMPLOYER

EMPLOYER NUMBER
12

DATE HIRED  MONTH  DAY  YEAR
60  55

SALARY RATE IS

YEARLY — ENTER Y
MONTHLY — ENTER M
WEEKLY — ENTER W
60

SALARY AMOUNT
$  61  67

COVERAGE BEGINS  MONTH  DAY  YEAR
28  32
0  1

TO BE COMPLETED BY EMPLOYEE

SOC
19  050-010-K  7701  F  51

EM  061272 KAVANAUGH  ROSE  G
28  MIDDLE INITIAL  41

EMPLOYEE'S ADDRESS NUMBER & STREET
CITY  STATE  ZIP CODE

HAVE YOU WORKED FOR ANY OTHER HEALTH OR SOCIAL SERVICE ORGANIZATION WITHIN THE PAST THREE YEARS?
☐ NO  ☐ YES, IF YES ENTER EMPLOYER NAMES.

NAME OF EMPLOYER  DATE HIRED MONTH DAY YEAR  DATE TERMINATED MONTH DAY
CITY  STATE

NAME OF EMPLOYER
CITY  STATE

NAME OF EMPLOYER
CITY  STATE

BENEFICIARY DESIGNATION
• Please read the reverse side before completing this section.

My Employer has informed me of the effective date of my coverage for Group Life Insurance benefits under the Policy issued by NHW. I name the beneficiaries listed below to receive any benefits payable upon my death. I understand that NHW will pay the benefits in the manner described on the reverse side of this form.

PRIMARY BENEFICIARY OR BENEFICIARIES (FULL NAME)  RELATIONSHIP
Richard Kavanaugh  (Steven-mass husband)

SECONDARY BENEFICIARY OR BENEFICIARIES (FULL NAME)  RELATIONSHIP
Rose Kavanaugh (Richard-muss son)

DATE  July 23, 1980  EMPLOYEE'S SIGNATURE  Rose G. Kavanaugh

FORM 13/01

**From:**Sunderlin, Abby
**Sent:**Tue, 12 Apr 2022 14:58:29 +0000
**To:**DeLuke, Renee;James, Lynette J.
**Subject:**RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Hi Renee,

Thank you for letting me know.

Was there a beneficiary designation on file for Ms. Kavanaugh?

Thank you!

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

888-787-2129 Office
603-427-1888 Fax

**Lincoln Financial Group**
LincolnFinancial.com



fidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Sent:** Thursday, March 31, 2022 8:46 AM
**To:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>; James, Lynette J. <Lynette.James@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Abby – I already sent the info to her attorney. He is requesting the SPD. Thank you for all you did.

**From:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>
**Sent:** Wednesday, March 30, 2022 2:51 PM
**To:** James, Lynette J. <Lynette.James@nfmmc.org>
**Cc:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

This message was sent securely using Zix®

Good Afternoon,

I am following up on the email below.

Please review at your earliest convenience and confirm you are in agreement with our decision. Please note, we will need a copy of Ms. Kavanaugh's beneficiary designation in order to discuss with her named Beneficiary. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



es. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Sunderlin, Abby
**Sent:** Friday, March 25, 2022 1:31 PM
**To:** Lynette.James@nfmmc.org
**Cc:** renee.deluke@nfmmc.org
**Subject:** (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

Thank you for submitting the Group Life Claim on behalf of Ms. Rose Kavanaugh (dob: ███ 1951). Per the Proof of Death Claim form submitted to us, Ms. Kavanaugh's last date worked was reported as 04/16/2020 and her date of passing was on 05/26/2021. Our records indicate that Ms. Kavanaugh was out on a STAT claim (10087784), approved from 04/16/2020 through 10/22/2020.

Per the Group Policy, the Leave of Absence due to Disability Provision allows an Employee's Group Life Insurance coverage to be continued for up to 12 months while they're out on an approved Leave of Absence due to disability. Based on the information provided, Ms. Kavanaugh would have been covered under Leave of Absence due to Disability from 04/16/2020 through 04/16/2021. After that date, Ms. Kavanaugh was allowed 31 days, or until 05/17/2021, to convert her coverage. The Group Policy also states that if an Employee dies within the 31-day conversion period, the claim will be paid in the amount that was eligible to convert. Ms. Kavanaugh's date of passing on 05/26/2021 was outside the 31-day conversion period, therefore she was no longer eligible for coverage under the Group Policy.

Please see the following Group Policy language:

**Leave of Absence Due to Disability**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Please be advised that I saw your note regarding Ms. Kavanaugh possibly being eligible under Waiver of Premium. After review of the Group Policy, Ms. Kavanaugh was unfortunately not eligible for Waiver of Premium because she was over age 60. Please see below:

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1. he becomes Totally Disabled while insured under this policy and before age 60;
2. within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3. during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

At your earliest convenience, please confirm you are in agreement with our decision, as a formal denial will be sent to her named beneficiary.

**Please be advised that we will need a copy of her beneficiary designation. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



es. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**From:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Sent:** Tue, 12 Apr 2022 16:34:32 +0000
**To:** Sunderlin, Abby;James, Lynette J.
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576
**Attachments:** Rose000.pdf


Yes. The beneficiary is her husband. Please see attached.

**From:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>
**Sent:** Tuesday, April 12, 2022 10:58 AM
**To:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>; James, Lynette J. <Lynette.James@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

| This message was sent securely using Zix® |
| --- |

Hi Renee,

Thank you for letting me know.

Was there a beneficiary designation on file for Ms. Kavanaugh?

Thank you!

Abby

 **Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



fidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Sent:** Thursday, March 31, 2022 8:46 AM
**To:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>; James, Lynette J. <Lynette.James@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Abby – I already sent the info to her attorney. He is requesting the SPD. Thank you for all you did.

**From:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>
**Sent:** Wednesday, March 30, 2022 2:51 PM
**To:** James, Lynette J. <Lynette.James@nfmmc.org>
**Cc:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

<div style="background:#1a5a96;color:white;text-align:center;">This message was sent securely using Zix®</div>

Good Afternoon,

I am following up on the email below.

Please review at your earliest convenience and confirm you are in agreement with our decision. Please note, we will need a copy of Ms. Kavanaugh's beneficiary designation in order to discuss with her named Beneficiary. We will accept a benefit system screenshot of the designation.

Thank you,

Abby

 **Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



es. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Sunderlin, Abby
**Sent:** Friday, March 25, 2022 1:31 PM
**To:** Lynette.James@nfmmc.org
**Cc:** renee.deluke@nfmmc.org
**Subject:** (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

Thank you for submitting the Group Life Claim on behalf of Ms. Rose Kavanaugh (dob: ████ 1951). Per the Proof of Death Claim form submitted to us, Ms. Kavanaugh's last date worked was reported as

04/16/2020 and her date of passing was on 05/26/2021. Our records indicate that Ms. Kavanaugh was out on a STAT claim (10087784), approved from 04/16/2020 through 10/22/2020.

Per the Group Policy, the Leave of Absence due to Disability Provision allows an Employee's Group Life Insurance coverage to be continued for up to 12 months while they're out on an approved Leave of Absence due to disability. Based on the information provided, Ms. Kavanaugh would have been covered under Leave of Absence due to Disability from 04/16/2020 through 04/16/2021. After that date, Ms. Kavanaugh was allowed 31 days, or until 05/17/2021, to convert her coverage. The Group Policy also states that if an Employee dies within the 31-day conversion period, the claim will be paid in the amount that was eligible to convert. Ms. Kavanaugh's date of passing on 05/26/2021 was outside the 31-day conversion period, therefore she was no longer eligible for coverage under the Group Policy.

Please see the following Group Policy language:

**Leave of Absence Due to Disability**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Please be advised that I saw your note regarding Ms. Kavanaugh possibly being eligible under Waiver of Premium. After review of the Group Policy, Ms. Kavanaugh was unfortunately not eligible for Waiver of Premium because she was over age 60. Please see below:

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1. he becomes Totally Disabled while insured under this policy and before age 60;
2. within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3. during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

At your earliest convenience, please confirm you are in agreement with our decision, as a formal denial will be sent to her named beneficiary.

\*\*Please be advised that we will need a copy of her beneficiary designation. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



es. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.\*\*

Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.\*\*

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.



# RESTAINO R REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 I F: 716-235-5886

**TO:**              Lincoln Financial Group
                     ## ATTN: Abby Sunderlin
                     ## CLAIM #: 12608576

**FAX NUMBER:**      1-603-427-1888

**FROM:**            Restaino Reddien, LLP
                     Anthony L. Restaino, Esq.

**RE:**              Claim #: 12608576

**DATE:**            April 11, 2022

**NOTES:**           N/A

TOTAL NUMBER OF PAGES INCLUDING FAX COVER: **4**
If transmission is incomplete, please call (716) 235-5885.

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this telecopied information for any purpose whatsoever is strictly prohibited. If you have received this telecopied material in error, please notify us by telephone immediately to arrange for return of the original documents to us. Thank you.

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com



# RESTAINO ℞ REDDIEN LLP

6928 Williams Road, Suite 4, Niagara Falls, NY 14304
P: 716-235-5885 | F: 716-235-5886

April 11, 2022

**VIA FAX ONLY**
**TO: 603-427-1888**

Lincoln Financial Group
Attn: Claim #: 12608576
Attn: Abby Sunderlin, Claims Examiner

    RE:    Estate of Rose G. Kavanaugh
             Claim # 12608576

Dear Ms. Sunderlin,

Please be advised that this office is representing the Estate of Rose G. Kavanaugh.

Today, I contacted Lincoln Financial to discuss the status of the aforementioned claim. The individual I spoke with advised that I send in an authorization so that your company may discuss these matters with our office.

As such, enclosed is an authorization and release signed by Richard Kavanaugh, husband and Executor of the Decedent's Estate, thereby allowing your office to discuss this claim with me and provide our office with any information that may be sought. I have also attached a copy of the Letters Testamentary issued by the Niagara County Surrogate's Court, whereby Mr. Kavanaugh has been appointed Executor of this Estate.

The gentleman I spoke with indicated that it may take a day for this correspondence to be processed. Therefore, I will likely reach out to you on Wednesday or Thursday of this week to further discuss this claim. Thank you for your time and attention to this matter.

Very truly yours,

Anthony Restaino

Enc.

Email: ARestaino@RestainoReddien.com
www.RestainoReddien.com

# RELEASE / AUTHORIZATION

Client:                                    RICHARD KAVANAUGH
                                           EXECUTOR OF THE ESTATE OF ROSE G. KAVANAUGH
Soc Sec. No. Decedent:                     ▌-7701
Soc. Sec. No. Executor:                    ▌-0904
Decedent Date of Birth:                    ▌951
Institution:                               Lincoln Financial Group
                                           CLAIM 12608576

To Whom It May Concern:

    I, RICHARD KAVANAUGH, Executor of the ESTATE OF ROSE G. KAVANAUGH,
residing at ▌ Niagara Falls, New York 14305, hereby authorize the release
of any and all financial information relating to the account(s) held at the above-mentioned
financial institution to my attorney, ANTHONY L. RESTAINO, Esq. of the firm RESTAINO
REDDIEN, LLP, 6928 Williams Road, Suite 4, Niagara Falls, New York 14304. This
information may include, but is not limited to: details regarding savings and checking accounts,
account statements, copies of checks, certificates of deposit, IRAs, 401ks, 403(b)s, stocks, bonds,
annuities, mutual funds, insurance policies, including beneficiary designations.

    Very truly yours,

    RICHARD KAVANAUGH
    Executor, ESTATE OF ROSE G KAVANAUGH

STATE OF NEW YORK    )
COUNTY OF NIAGARA    ) ss.:

    On the 5th day of April in the year 2022, before me, the undersigned, personally
appeared RICHARD KAVANAUGH, Executor of the ESTATE OF ROSE G. KAVANAUGH,
personally known to me or proved to me on the basis of satisfactory evidence to be the
individuals whose names are subscribed to the within instrument and acknowledged to me that
they executed the same in their capacity, and that by their signatures on the instrument, the
individuals, or the persons upon behalf of which the individuals acted, executed the instrument.

Antonio L. Restaino
Notary Public, State of New York
No. 02RE6222341
Qualified in Niagara County
Commission Expires May 24, 20̶2̶3̶

Notary Public

Certificate# 32415

# Surrogate's Court of the State of New York
## Niagara County

Type of Letters Issued:  **LETTERS OF ADMINISTRATION**

Letters Issued On:      **September 14, 2021**

**Limitations:**  SAID LETTERS ARE HEREBY RESTRICTED IN THAT THE ADMINISTRATOR/RIX SHALL NOT
BE ENTITLED TO SETTLE OR COMPROMISE ANY WRONGFUL DEATH CLAIM ON BEHALF OF THE
DECEDENT'S ESTATE WITHOUT A FURTHER ORDER OF THIS COURT.

THE FIDUCIARY AND THE ATTORNEY COMMENCING THE ESTATE PROCEEDING SHALL TAKE ANY AND
ALL STEPS NECESSARY TO PROPERLY CLOSE THE ESTATE UPON THE CONCLUSION OF LITIGATION,
IF ANY, REGARDLESS OF THE OUTCOME THEREOF, OR, IF THERE IS NO LITIGATION, WITHIN TWO (2)
YEARS OF THE DATE OF FIRST APPOINTMENT.

and such Letters are unrevoked and in full force as of this date.

**Dated:  September 15, 2021**

IN TESTIMONY WHEREOF,  I have hereunto set my
hand and affixed the seal of the Niagara County
Surrogate's Court at Lockport, New York.

WITNESS, Hon. Caroline A. Wojtaszek, Judge of the
Niagara County Surrogate's Court.

**Angela Stamm-Philipps, Chief Clerk**
Niagara County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Niagara County Surrogate's Court*

**From:**DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Sent:**Thu, 31 Mar 2022 12:46:24 +0000
**To:**Sunderlin, Abby;James, Lynette J.
**Subject:**RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Abby – I already sent the info to her attorney. He is requesting the SPD. Thank you for all you did.

**From:** Sunderlin, Abby <Abby.Sunderlin@lfg.com>
**Sent:** Wednesday, March 30, 2022 2:51 PM
**To:** James, Lynette J. <Lynette.James@nfmmc.org>
**Cc:** DeLuke, Renee <Renee.DeLuke@nfmmc.org>
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

| This message was sent securely using Zix® |
| --- |

Good Afternoon,

I am following up on the email below.

Please review at your earliest convenience and confirm you are in agreement with our decision. Please note, we will need a copy of Ms. Kavanaugh's beneficiary designation in order to discuss with her named Beneficiary. We will accept a benefit system screenshot of the designation.

Thank you,

Abby

 **Abby Sunderlin**
Life Claims Examiner
Life Claims

888-787-2129 Office
603-427-1888 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Sunderlin, Abby
**Sent:** Friday, March 25, 2022 1:31 PM
**To:** Lynette.James@nfmmc.org

**Cc:** renee.deluke@nfmmc.org
**Subject:** (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

Thank you for submitting the Group Life Claim on behalf of Ms. Rose Kavanaugh (dob: ███ 1951). Per the Proof of Death Claim form submitted to us, Ms. Kavanaugh's last date worked was reported as 04/16/2020 and her date of passing was on 05/26/2021. Our records indicate that Ms. Kavanaugh was out on a STAT claim (10087784), approved from 04/16/2020 through 10/22/2020.

Per the Group Policy, the Leave of Absence due to Disability Provision allows an Employee's Group Life Insurance coverage to be continued for up to 12 months while they're out on an approved Leave of Absence due to disability. Based on the information provided, Ms. Kavanaugh would have been covered under Leave of Absence due to Disability from 04/16/2020 through 04/16/2021. After that date, Ms. Kavanaugh was allowed 31 days, or until 05/17/2021, to convert her coverage. The Group Policy also states that if an Employee dies within the 31-day conversion period, the claim will be paid in the amount that was eligible to convert. Ms. Kavanaugh's date of passing on 05/26/2021 was outside the 31-day conversion period, therefore she was no longer eligible for coverage under the Group Policy.

Please see the following Group Policy language:

**Leave of Absence Due to Disability**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Please be advised that I saw your note regarding Ms. Kavanaugh possibly being eligible under Waiver of Premium. After review of the Group Policy, Ms. Kavanaugh was unfortunately not eligible for Waiver of Premium because she was over age 60. Please see below:

### WAIVER OF PREMIUM FOR TOTAL DISABILITY

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1. he becomes Totally Disabled while insured under this policy and before age 60;
2. within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3. during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

At your earliest convenience, please confirm you are in agreement with our decision, as a formal denial will be sent to her named beneficiary.

\*\*Please be advised that we will need a copy of her beneficiary designation. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.\*\*

Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**From:** Sunderlin, Abby
**Sent:** Wed, 30 Mar 2022 18:51:04 +0000
**To:** 'Lynette.James@nfmmc.org'
**Cc:** 'renee.deluke@nfmmc.org'
**Subject:** RE: (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

I am following up on the email below.

Please review at your earliest convenience and confirm you are in agreement with our decision. Please note, we will need a copy of Ms. Kavanaugh's beneficiary designation in order to discuss with her named Beneficiary. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Sunderlin, Abby
**Sent:** Friday, March 25, 2022 1:31 PM
**To:** Lynette.James@nfmmc.org
**Cc:** renee.deluke@nfmmc.org
**Subject:** (secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

Thank you for submitting the Group Life Claim on behalf of Ms. Rose Kavanaugh (dob: ▮▮▮ 1951). Per the Proof of Death Claim form submitted to us, Ms. Kavanaugh's last date worked was reported as 04/16/2020 and her date of passing was on 05/26/2021. Our records indicate that Ms. Kavanaugh was out on a STAT claim (10087784), approved from 04/16/2020 through 10/22/2020.

Per the Group Policy, the Leave of Absence due to Disability Provision allows an Employee's Group Life Insurance coverage to be continued for up to 12 months while they're out on an approved Leave of Absence due to disability. Based on the information provided, Ms. Kavanaugh would have been covered under Leave of Absence due to Disability from 04/16/2020 through 04/16/2021. After that date, Ms. Kavanaugh was allowed 31 days, or until 05/17/2021, to convert her coverage. The Group Policy also states that if an Employee dies within the 31-day conversion period, the claim will be paid in the amount that was eligible to convert. Ms. Kavanaugh's date of passing on 05/26/2021 was outside the 31-day conversion period, therefore she was no longer eligible for coverage under the Group Policy.

Please see the following Group Policy language:

### Leave of Absence Due to Disability

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

### Conversion Privilege

### Conversion Privilege at Individual Termination or Reduction of Benefits

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

### Death Within the Statutory Conversion Notice Period

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Please be advised that I saw your note regarding Ms. Kavanaugh possibly being eligible under Waiver of Premium. After review of the Group Policy, Ms. Kavanaugh was unfortunately not eligible for Waiver of Premium because she was over age 60. Please see below:

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1.  he becomes Totally Disabled while insured under this policy and before age 60;
2.  within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3.  during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

At your earliest convenience, please confirm you are in agreement with our decision, as a formal denial will be sent to her named beneficiary.

**Please be advised that we will need a copy of her beneficiary designation. We will accept a benefit system screenshot of the designation.

Thank you,

Abby

**Abby Sunderlin**
Life Claims Examiner
Life Claims

888-787-2129 Office
603-427-1888 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Sunderlin, Abby
**Sent:**Fri, 25 Mar 2022 17:30:42 +0000
**To:**Lynette.James@nfmmc.org
**Cc:**renee.deluke@nfmmc.org
**Subject:**(secure) Group Life Claim - Rose Kavanaugh - CLAIM 12608576

Good Afternoon,

Thank you for submitting the Group Life Claim on behalf of Ms. Rose Kavanaugh (dob: █████ 1951). Per the Proof of Death Claim form submitted to us, Ms. Kavanaugh's last date worked was reported as 04/16/2020 and her date of passing was on 05/26/2021. Our records indicate that Ms. Kavanaugh was out on a STAT claim (10087784), approved from 04/16/2020 through 10/22/2020.

Per the Group Policy, the Leave of Absence due to Disability Provision allows an Employee's Group Life Insurance coverage to be continued for up to 12 months while they're out on an approved Leave of Absence due to disability. Based on the information provided, Ms. Kavanaugh would have been covered under Leave of Absence due to Disability from 04/16/2020 through 04/16/2021. After that date, Ms. Kavanaugh was allowed 31 days, or until 05/17/2021, to convert her coverage. The Group Policy also states that if an Employee dies within the 31-day conversion period, the claim will be paid in the amount that was eligible to convert. Ms. Kavanaugh's date of passing on 05/26/2021 was outside the 31-day conversion period, therefore she was no longer eligible for coverage under the Group Policy.

Please see the following Group Policy language:

**Leave of Absence Due to Disability**

The Sponsor may continue the Covered Employee's coverage(s) by paying the required premiums, if the Covered Employee is granted an approved leave of absence due to a disability.

The Covered Employee's coverage(s) will not continue beyond a period of 12 months. In continuing such coverage(s) under this provision, the Sponsor agrees to treat all Covered Employees equally.

**Conversion Privilege**

**Conversion Privilege at Individual Termination or Reduction of Benefits**

If all or part of a Covered Employee's coverage ends, the Covered Employee may convert the amount that ends to an individual Life Insurance policy within 31 days after coverage ends or is reduced, or longer as extended by the notice provision. Conversion is subject to the following conditions:

1. the Covered Employee's insurance ceases because of termination of employment or of membership in a class eligible for coverage under this policy;
2. the policy is terminated;
3. the Covered Employee's insurance is reduced due to a change in class or an amendment to the policy;
4. the Covered Employee changes to a class eligible for a smaller amount of Life Insurance; or
5. the Covered Employee's employment is terminated.

**Death Within the Statutory Conversion Notice Period**

If a Covered Employee dies within the statutory conversion notice period, Liberty will pay to his beneficiary the amount he was eligible to convert.  Such insurance will be paid as a claim under this policy.  Any premiums paid for a converted policy will be refunded.

Please be advised that I saw your note regarding Ms. Kavanaugh possibly being eligible under Waiver of Premium. After review of the Group Policy, Ms. Kavanaugh was unfortunately not eligible for Waiver of Premium because she was over age 60. Please see below:

**WAIVER OF PREMIUM FOR TOTAL DISABILITY**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage without premium payment, provided that:

1.  he becomes Totally Disabled while insured under this policy and before age 60;
2.  within one year from the date he is no longer in Active Employment Liberty receives initial Proof that his Total Disability has continued for 6 months; and
3.  during the three months before each anniversary of receipt of initial Proof, Liberty receives Proof of continuation of Total Disability.

At your earliest convenience, please confirm you are in agreement with our decision, as a formal denial will be sent to her named beneficiary.

\*\*Please be advised that we will need a copy of her beneficiary designation. We will accept a benefit system screenshot of the designation.

Thank you,

Abby



**Abby Sunderlin**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office
603-427-1888 Fax



Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.\*\*



## Confirmation Report for: Rose Kavanaugh

Thank you! You successfully submitted your claim on: 03/17/2022 11:59 AM EDT.

Your Claim Number: 12608576

---

**NEXT STEPS**

- Your claim is being reviewed.
- A member of our Life Claims team will contact the claimant or beneficiary to obtain any additionally required information and provide information regarding the claims process.
- You may also call your Lincoln Financial Group Account Service Manager with any questions regarding the claims process or next steps.

---

## Employee Proof of Death

**SUMMARY**

| Company Information | |
|---|---|
| **Company Name** | Niagara Falls Memorial Medical Center |
| **Policy Number** | 08-054498 |
| **Street Address** | 621 Tenth Street |
| **City** | Niagara Falls |
| **State** | NY |
| **Postal Code** | 14302 |
| **Country** | USA |

| Employee Information | |
|---|---|
| **First Name** | Rose |
| **Last Name** | Kavanaugh |
| **Middle Initial** | G |
| **Employee ID** | 100513 |
| **SSN** | XXX-XX-XXXX |
| **Phone Number** | ███████████ |
| **Gender** | F |
| **Date of Birth** | ████1951 |
| **Street Address** | ██████████████ |
| **City** | Niagara Falls |
| **State** | NY |
| **Postal Code** | 14305 |
| **Country** | USA |

| Policy Information | |
|---|---|
| **Scheduled Work Hours** | 38 |
| **Earnings** | ████████ |
| **Work Status** | ACTIVE |
| **Classification** | 1 |
| **Occupation** | Administrative Coordinator |
| **Date Employed** | 12/12/1972 |
| **Last Worked** | 04/16/2020 |
| **Date Premium Last Paid** | 06/01/2021 |
| **Date of Death** | 05/26/2021 |
| **Employee Basic Amount** | $ 78,000 |

| Primary Beneficiaries | |
|---|---|
| **Beneficiary 1** | |
| **First Name** | Richard |
| **Last Name** | Kavanaugh |
| **Relationship** | SPOUSE |
| **Beneficiary Type** | PERSON |
| **Address 1** | ██████████████ |
| **City** | Niagara Falls |
| **State** | NY |
| **Postal Code** | 14305 |
| **Country** | USA |
| **Allocation** | 100% |

| Additional Information | |
|---|---|
| **Notes** | |
| This employee was an exempt employee and was eligible for long term disability. There was an internal error on the employer statement. It appears that she did not have LTD based on that error so an LTD claim was not initiated. A life waiver claim should have also been initiated. Can this claim be considered under the waiver provision? | |

**I certify that the facts as indicated above are true to the best of my knowledge and belief.**

**Name:** Renee DeLuke

**Date Signed:** 03/17/2022 11:59 AM EDT

**Phone Number:** 716-201-6593

**Email Address:** renee.deluke@nfmmc.org