UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD KAVANAUGH, as Personal
Representative of the Estate of Rose Kavanaugh and as
Named Beneficiary under the Plan,
     Plaintiff,

    v.               1:23-cv-00380-WMS

NIAGARA FALLS MEMORIAL MEDICAL CENTER,
LINCOLN NATIONAL LIFE INSURANCE COMPANY

     Defendant(s).
_____

## CLERK'S ENTRY OF DEFAULT

  It appearing that Defendant

NIAGARA FALLS MEMORIAL MEDICAL CENTER,

is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendant on this day of June 21, 2023.

            MARY C. LOEWENGUTH
              Clerk of Court
            United States District Court


              By: s/Tatiana
               Deputy Clerk